

22 Corporate Woods Boulevard, Suite 501 | Albany, NY 12211 | **bsk.com**

**HERMES FERNANDEZ**
hfernandez@bsk.com
P: 518-533-3209
C: 518-369-3587

April 3, 2025

**<u>VIA ELECTRONIC MAIL</u>**

Deborah Drexler
General Counsel
7 Washington Square
Albany, New York   12205

Re:   *Your email to Christopher Graber, CDChoices dated April 3, 2025*

Dear Ms. Drexler:

We represent Consumer Directed Choices. On its behalf we are responding to your email dated April 3, 2025, to Christopher Graber, CEO of Consumer Directed Choices ("CDChoices").

Your email states that "we can no longer allow you to act as our subcontractor, and we have removed all your access to PPL@home."  In other words, you have terminated PPL's contract with CDChoices.

Your action is in blatant disregard of the Subcontractor Agreement, effective December 30, 2024, between PPL and CDChoices. That Agreement lists five circumstances in which the Agreement may be terminated for cause. Your email does not cite any of those five circumstances, nor could it, as nothing in the Agreement permits immediate termination based upon the "facts" asserted in your email. Accordingly, we demand the withdrawal of the termination, and the immediate reinstatement of CDChoices as a subcontractor, including access to PPL@home.

CDChoices has acted at all times in good faith, and in accordance with the terms of the Subcontractor Agreement. It has attempted to assist Consumers and Personal Assistants in enrolling with PPL. This has been extremely difficult, as you are no doubt aware, because of problems with PPL's systems, and due to confusing and contradictory statements and information provided by PPL's own employees.

Your April 3rd email, as well as your April 1 and 2, 2025 letters, include numerous incorrect factual statements. Moreover, your email and letters misrepresent CDChoices' obligations under the Subcontractor Agreement. Without repeating to you the terms of the Agreement, which was itself drafted by PPL, let me point out that the statement of Subcontracted Services clearly states:  "SUBCONTRACTOR will provide the following support services *to CDPAP consumers who have enrolled* with the facilitator in the

21452028.v1-4/3/25

Attorneys At Law | A Professional Limited Liability Company

Deborah Drexler
April 3, 2025
Page 2


PPL@Home portal ("Consumers") and *to personal assistant caregivers who are associated with enrolled* Consumers ("PAs")" (emphasis supplied).  CDChoices has not steered Consumers or PAs whom PPL could serve away from PPL, but even if that had occurred, it would not be a violation of the Subcontractor Agreement. Nor does CDChoices have any obligation to repeat and publish PPL's unsupportable reading of the TRO which is now in effect, or to take any of the actions that PPL is now demanding in your email or letters.

Having said all of that, CDChoices values its relationship with PPL. CDChoices also wishes to see all Consumers in need of CDPAP services receiving those services. We believe PPL shares that wish. We would be happy to discuss with you how PPL and CDChoices can proceed to ensure a mutually satisfactory relationship. Nevertheless, with or without further discussions, your purported termination of the contractual agreement with CDChoices is invalid and must be rescinded immediately. There should be no need for CDChoices to pursue its legal rights.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Hermes Fernandez
Member

HF/ag

cc: Christopher Graber

21452028.v1-4/3/25