# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

CONSUMER DIRECTED CHOICES, INC.,

*Plaintiff,*

vs.                                                                Case No. 1:25-CV-0868 (AJB/DJS)

PUBLIC PARTNERSHIPS, LLC,

*Defendant.*

## SUPPLEMENTAL DECLARATION OF CHRISTOPHER GRABER

I, Christopher Graber, declare as follows:

1. My name is Christopher Graber.  I am over the age of 18, and I am competent to give the testimony contained in this declaration.

2. The facts contained in this declaration are based on my personal knowledge.  If called upon to do so, I could and would testify competently as to them.

3. CDChoices is an award-winning healthcare company.  Recently, CDChoices won the 2019 Nonprofit of the Year award from the Capital Region Chamber of Commerce, the 2021 Empire Whole Health Heroes Award from the Anthem and Albany Times Union, first place for the independent living category in 2023 and first place in 2024 and second place in 2023 for the healthcare services category in the Best of the Best People's Choice Award from The Daily Gazette, the 2023 Best Place to Work award from the Guilderland Chamber of Commerce, the 2024 International Center of the Capital Region Achievement Award, and the 2024 Torch Award for Ethics from the Better Business Bureau of Upstate New York.

4. PPL spoke very positively of CDChoices in the past.  On August 1, 2024, Mark Altieri, PPL's Vice President of Business Development, wrote "Very, very impressive shop you

are running over there!" in regards to CDChoices.  On December 11, 2024, he wrote in an email "Thanks again to the entire CDChoices team for your unwavering professionalism and commitment to the program."  Other members of PPL's senior management team referred to CDChoices as "master class," "the best I've seen," "top amongst the chosen few," and the "premier group" within CDPAP.

5. During calls and email exchanges, Mr. Altieri and other members of PPL's staff repeatedly promised to help CDChoices achieve its goal of 50,000 consumers.  On October 29, 2024, Mr. Altieri stated a few chosen Facilitators would receive significant funding and CDChoices would be among the top of them.  Then on November 18, 2024, he stated how PPL would heavily steer consumers to CDChoices to help CDChoices achieve its capacity goal and that PPL would "buckshot" 10,000 consumers at a time to CDChoices.

6. On December 5, 2024, I had a conversation with Mr. Altieri where he discussed consumer allocation and PPL helping CDChoices achieve its capacity.  On that call he stated that the program would grow by 3,000 consumers per month and CDChoices could achieve whatever capacity it desired.

7. On another call on January 23, 2025, Mr. Altieri stated that the purpose of the meetings was for CDChoices to let PPL know how PPL could support CDChoices "ripping through your current consumers" so that PPL could provide a listing of other consumers to transfer to CDChoices.

8. While these discussions were occurring, CDChoices provided the capacity plan PPL required CDChoices to submit as part of the Agreement's negotiations.  That capacity plan listed a capacity for CDChoices of at least 50,000 consumers.  After that capacity plan was

submitted, PPL executed the Agreement that stated PPL would work in good faith to help CDChoices reach its desired capacity.

9. On June 13, 2025, CDChoices realized PPL would not be reimbursing CDChoices per the Agreement. That afternoon, PPL sent CDChoices the first invoice for the services CDChoices had provided. PPL paid CDChoices only $272 for the services provides in April and May. CDChoices could not continue to function with reimbursements as little as $272 per month.

10. Attached as Exhibit 1 is a true and correct copy of this invoice.

11. CDChoices lost significant revenue due to PPL's actions. On April 3, 2025, CDChoices was serving 4,077 consumers. Each consumer falls into one of three categories based on the number or service hours received. Based on past data, CDChoices estimated the consumer breakdown as follows: 57.6% tier 1 consumers, 34.9% tier 2 consumers, and 7.5% tier 3 consumers. The different tiers receive a different reimbursement amount as specified in Attachment B of the Agreement. CDChoices was to receive $50 per tier 1 consumer per month, $55 per tier 2 consumer, and $60 per tier 3 consumer. Total per member per month reimbursement for these 4,077 consumers equals approximately $218,250.

12. Attachment B of the Agreement also provides for reimbursement for transitioning consumers, retention, and electronic visit verification compliance. PPL agreed to reimburse CDChoices $48 per transitioned consumer spread out over 12 months—$4 per month. PPL would also reimburse CDChoices $2 per member per month if it achieved the electronic visit verification metrics and an additional $2 per member per month if CDChoices retained 85% or more PAs. The Agreement guaranteed these reimbursements

for the first three months, April through June, regardless of whether CDChoices achieved these metrics. The total reimbursement for transitioning consumers, retention, and electronic visit verification for 4,077 consumers totals $32,616.

13. In total, CDChoices would have received approximately $250,866 per month for the consumer volume it had at the beginning of April.

14. However, the Agreement required PPL to assist CDChoices in achieving its desired capacity of 50,000 consumers. The per member per month reimbursement, based on the same tier distribution of consumers as for the 4,077 consumers would equal approximately $2,624,614 per month. CDChoices expected this number to grow incrementally each month once it achieved its 50,000 consumer volume.

15. CDChoices also would have received reimbursement for the retention and electronic visit verification compliance. The reimbursement amounts for 50,000 consumers total $100,000 respectively or $200,000 combined per month. In total, CDChoices expected to receive approximately $2,824,614 per month once it achieved its capacity.

16. CDChoices invested significant resources in recognition of the promise that PPL would assist CDChoices in achieving its goal of 50,000 consumers. CDChoices hired and trained additional staff and retained a subcontracting company to quickly expand its capacity to support 50,000 consumers. CDChoices will lose not just the money invested, but also its employees' expertise in CDPAP if it has to shut down.

17. CDChoices receives reimbursement from other state-run programs but CDChoices' support for these programs relies on the CDPAP infrastructure. CDPAP comprises up to 99 percent of CDChoices annual revenue. The other percentage of revenues come from the Expanded In-Home Services for the Elderly Program ("EISEP") and the Respite Care

-4-

Program.  EISEP provides in-home care services for individuals 60 years or older that do not qualify for Medicaid home care services but require assistance in daily living or instrumental activities.  The Respite Care Program provides temporary and periodic care services for individuals suffering from Alzheimer's disease and dementia.  CDChoices relies on the reimbursement from CDPAP to support the infrastructure and workforce for these programs.  CDChoices does not receive enough reimbursement from these two programs so that these two programs are self-sustaining.  Without CDPAP reimbursement, CDChoices will have to terminate these services.

18. Without CDPAP reimbursement, CDChoices will have to shut down its proprietary Workforce Recruitment Portal.  Consumers use the Workforce Recruitment Portal to find PAs in their area to provide the required services.  Consumers can search for PAs based on different criteria, including languages spoken.  The Workforce Recruitment Portal has the greatest impact on rural and non-English-speaking communities where these communities face the most consistent workforce shortages.  Consumers rely on the Workforce Recruitment Portal to initiate services and replace current PAs.  By excluding CDChoices from CDPAP, PPL has denied consumers access to the Workforce Recruitment Portal.

19. Internal projections show a dire fiscal outcome for CDChoices.  Without CDPAP reimbursements, CDChoices will operate at a deficit of over $8.2 million this year.  That deficit will increase to $13.8 million in 2026.  CDChoices cannot sustain these losses and will have to shut down.  CDChoices will then lose its staff, consumer relationships, and goodwill with managed care plans and state agencies.  The State of New York will lose the decades of expertise and skills from one of the original participants in CDPAP.

I, Christopher Graber, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:    7/28/25

_____
Christopher Graber

# EXHIBIT 1

 **Outlook**

---

## RE: PPL May 2025 Invoice Reports – Consumer Directed Choices Inc.

---

**From** NYCDPAP Facilitator Finance <nycdpap_facilitator_finance@pplfirst.com>

**Date** Fri 6/13/2025 4:39 PM

**To** Glenn Winter <GWinter@cdchoices.org>; Brian Frasier <BFrasier@cdchoices.org>; Hongwei Zhang <HZhang@cdchoices.org>; Chris Graber <Chris@cdchoices.org>

You don't often get email from nycdpap_facilitator_finance@pplfirst.com. Learn why this is important

File password is Consumer_Directed_Choices_Inc_May_2025

---

**From:** NYCDPAP Facilitator Finance <nycdpap_facilitator_finance@pplfirst.com>
**Sent:** Friday, June 13, 2025 4:38 PM
**To:** GWinter@CDChoices.org; BFrasier@CDChoices.org; HZhang@CDChoices.org; Chris@CDChoices.org
**Subject:** PPL May 2025 Invoice Reports – Consumer Directed Choices Inc.

Attached are the invoice reports for May 2025 activity. The file is password protected which will be sent separately. Payment will be processed by our AP department with the banking information previously provided. Monthly invoice reports are subject to PPL internal auditing.

Please advise if you have any questions.

| | |
|---|---|
| **From:** | NYCDPAP Facilitator Finance |
| **To:** | Glenn Winter; Brian Frasier; Hongwei Zhang; Chris Graber |
| **Subject:** | RE: PPL May 2025 Invoice Reports – Consumer Directed Choices Inc. |
| **Date:** | Friday, June 13, 2025 4:39:01 PM |
| **Attachments:** | message_v2.rpmsg |

NYCDPAP Facilitator Finance (nycdpap_facilitator_finance@pplfirst.com) has sent you a protected message.



Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

| | |
|---|---|
| **From:** | NYCDPAP Facilitator Finance |
| **To:** | Glenn Winter; Brian Frasier; Hongwei Zhang; Chris Graber |
| **Subject:** | PPL May 2025 Invoice Reports – Consumer Directed Choices Inc. |
| **Date:** | Friday, June 13, 2025 4:42:27 PM |
| **Attachments:** | message_v2.rpmsg |

NYCDPAP Facilitator Finance (nycdpap_facilitator_finance@pplfirst.com) has sent you a protected message.



Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

| Facilitator Name | Tier Level | Month Year | Count of Consumers | Monthly PMPM | Transition Payment | EVV Monthly Value Based Payment | Retention Rate Monthly Value Based Payment | Total PMPM Fee | |
|---|---|---|---|---|---|---|---|---|---|
| Consumer Directed Choices, Inc. | Tier 1 | 2025-05 | 2 | $100. | $4. | $2. | $4. | $110. | |
| **Total** | | | **2** | **$100.** | **$4.** | **$2.** | **$4.** | **$110.** | |

| | |
|---|---|
| Prior Month Adjustment | **$162.** |
| **Adjusted Total** | **$272.** |

Applied filters:Facilitator Name is not (Blank)Facilitator Name is Consumer Directed Choices, Inc.

N/B: Monthly invoice reports are subject to PPL internal auditing.

| Facilitator Name | Month Year | Count of Consumers | EVV Logged Shifts | Total Logged Shifts | %EVV Shifts | Retention |
|---|---|---|---|---|---|---|
| Consumer Directed Choices, Inc. | 2025-05 | 2 | 8 | 12 | 66.67% | 100.00% |
| **Total** | | **2** | **8** | **12** | **66.67%** | **100.00%** |

Applied filters:Facilitator Name is not (Blank)Facilitator Name is Consumer Directed Choices, Inc.

| Facilitator Name | Month Year | Consumer Name | Participant PPL ID | Participant Paperwork Complete Date | Tier Level | Service Hours | Monthly PMPM | Transition Payment | EVV Logged Shifts | Total Logged Shifts | % EVV Shifts | EVV Monthly Value Based Payment | Retention Rate | Retention Rate Monthly Value Based Payment | Total PMPM Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consumer Directed Choices, Inc. | 2025-05 | HALIL CELAJ | PRC-NY-10065636 | 04/02/2025 | Tier 1 | 26 | $50 | $0 | 0 | 4 | 0.00% | $0 | 100.00% | | $2 | $52 |
| Consumer Directed Choices, Inc. | 2025-05 | SAYID UDDIN | PRC-NY-10016153 | 03/14/2025 | Tier 1 | 106 | $50 | $4 | 8 | 8 | 100.00% | $2 | 100.00% | | $2 | $58 |
| Total | | | | | | | | $4 | | | | | | | | |

Applied filters:Facilitator Name is not (Blank)Facilitator Name is Consumer Directed Choices, Inc.

| Month Year | Facilitator Name | Participant PPL Id | Participant First Name | Participant Last Name | Provider PPL Id | Provider First Name | Provider Last Name | Association Status | Association Start Date | Association End Date | Service Hours | EVV Logged Shifts | Total Logged Shifts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025-05 | Consumer Directed Choices, Inc. | PRC-NY-10277587 | Gina | MEZZACAPPA | PRV-NY-10140674 | PALMA | Farley | Paperwork Complete | 2025-03-08 | | 146 | 16 | 17 |
| 2025-05 | Consumer Directed Choices, Inc. | PRC-NY-10105784 | JUANA | Ayalamedina | PRV-NY-10021748 | MARIA | Trinidad Ayala | Paperwork Complete | 2025-01-30 | | 727.5 | 0 | 0 |
| Total | | | | | | | | | | | 873.5 | 16 | 17 |

Applied filters:fi_org_name is Consumer Directed Choices, Inc.

Details for Sum of Adj_Total_PMPM_Fee - Affected_Facilitator: Consumer Directed Choices, Inc.

| Consumer_PPL_ID | Consumer_Name | Month_Year | Affected_Facilitator | Adjustment_Type | Adj_Transition_Payment | Adj_Monthly_PMPM | Adj_EVV_Payment | Adj_Retention_Payment | Adj_Total_PMPM_Fee |
|---|---|---|---|---|---|---|---|---|---|
| PRC-NY-10065636 | HALIL CELAJ | 2025-04 | Consumer Directed Choices, Inc. | Facilitator Change - Pay New | 0 | 50 | 2 | 2 | 54 |
| PRC-NY-10031478 | SARAH SLATER | 2025-04 | Consumer Directed Choices, Inc. | Facilitator Change - Pay New | 0 | 50 | 2 | 2 | 54 |
| PRC-NY-10016153 | SAYID UDDIN | 2025-04 | Consumer Directed Choices, Inc. | Facilitator Change - Pay New | 0 | 50 | 2 | 2 | 54 |

162.00