# **EXHIBIT D**



On March 31st, the United States District Court for the Eastern District of New York issued a temporary restraining order (TRO) in the matter of Engesser v. McDonald.

The TRO has a limited scope. PPL is not prevented or restricted in any way from operating, processing applications, servicing or paying any CDPAP participants registered with PPL or from otherwise registering any additional CDPAP participants. Rather, only through this Friday, April 4, 2025, the TRO prevents the Department of Health from "disallowing other fiscal intermediaries from servicing those CDPAP participants who have not yet registered with PPL."

In short, the nearly 200,000 consumers who have already registered with PPL, and their PAs are not subject to this TRO.

PPL is disappointed in the issuance of the TRO, as the implementation of it could be problematic. Outgoing fiscal intermediaries do not possess valid service authorizations for consumers, do not have valid contracts with health plans, and do not have mechanism to be paid for their services.

Most importantly, we are concerned that the TRO's implementation will cause fear and confusion among consumers and personal assistants.

As our trusted subcontractor facilitator, we expect that you will help quell that confusion in the coming days. We expect you to continue to fulfill, in all respects, your contractual duties to PPL and to the program, including continuing work to register consumers and PAs with PPL and help them onboard. If asked about the TRO, we expect you will respond with the truth--that the TRO is limited in scope, temporary in nature, and should not affect their ongoing registration effort with PPL.

Of course, consumers who have registered with PPL remain registered with PPL, regardless of the facilitator assigned to them. Any action by a facilitator to retain or somehow re-direct the registration of a consumer with PPL will be considered a blatant violation of our agreement and of the scope and intent of the TRO.

We wish to make clear that we will be unable to continue our partnership with any facilitator who cannot meet these expectations and who does not follow in all respects the terms of its agreement with PPL, as well as be truthful about the scope of the TRO.

This latest turn of events is an unfortunate small victory for those groups who have consistently put their own interests ahead of the wellbeing of the vulnerable population we serve. We fully expect that the TRO will expire on Friday and not be extended after the court has further opportunity to reflect on the merits of the case. We hope that we can continue our partnership with you throughout this week, while the TRO is in effect, and well into the future as we work together to strengthen and improve this critical program.

*[signature]*

Vince Coppola
Chief Executive Officer, PPL

pplfirst.com  |  1-833-247-5346