# EXHIBIT F



YOUR LIFE
YOUR CARE
YOUR PEOPLE

Office of the General Counsel
17 Plaza Drive
Latham NY 12110

April 2, 2025

**VIA EMAIL**

Christopher Graber
Chief Executive Officer
7 Washington Square
Albany NY 12205
chris@cdchoices.org

Dear Mr. Graber:

I am following up on the letter I sent you yesterday.

In accordance with Section 5(a)(1) of the Subcontractor Agreement between Public Partnerships LLC and Consumer Directed Choices, Inc. dated December 30, 2024, this letter serves to notify you that you materially breached your obligations under the Subcontractor Agreement when you took the following actions:

1. Made public statements to personal assistants (PAs) working in the Consumer Directed Personal Assistance Program (CDPAP) that may be false, coercive or deceptive, as detailed in my letter dated April 1, 2025;
2. Communicated to PAs and others directions that are contrary to Judge Block's Temporary Restraining Order dated March 31, 2025 (TRO);
3. Posted information on your website encouraging consumers and their PAs to continue receiving services from your organization after April 1, 2025, rather than from PPL; and
4. Failed to fulfill your contractual duties under the Subcontractor Agreement to assist consumers and their PAs to register with PPL.

In addition, we have received numerous complaints from health plans that you have been attempting to solicit service authorizations and have told PAs to use the CD Choices EVV system rather than PPL's.

It may not be possible to undo the damage you caused to consumers, to PAs, to CDPAP in general, and to PPL's legitimate business interests when you took these actions. Nonetheless, in accordance with Section 5(1)(a), we are hereby directing you to attempt to cure your material breach by taking the following corrective actions:

- Immediately issuing a correction to your previous public statements, making it clear that all consumers and PAs should continue registering with PPL and should submit time on PPL's EVV app, as soon as they are able.
- Immediately removing all information from your website and other public sources that states or implies that consumers and their PAs should not continue the registration process with PPL.
- Immediately resume counseling consumers who have already taken registration steps with PPL that their best course of action is to continue as planned with PPL, and counseling workers who have started the registration process that they should start submitting time to PPL.
- If asked about the TRO, responding that the TRO is limited in scope, temporary in nature, and should not affect a CDPAP participant's registration efforts.

Please reply within 48 hours with evidence that you have taken these corrective actions.

Sincerely,

*Deborah Drexler*

Deborah Drexler
General Counsel

cc:    New York Department of Health
       Maria Perrin, President
       Vincent Coppola, CEO