# EXHIBIT H

| | |
|---|---|
| **From:** | Deborah Drexler |
| **To:** | Chris Graber |
| **Subject:** | RE: follow up |
| **Date:** | Thursday, April 3, 2025 10:36:23 AM |
| **Attachments:** | image004.png<br>image003.png<br>image0.png |

You don't often get email from ddrexler@pplfirst.com. Learn why this is important

Dear Mr. Graber:

We have received complaints that you are instructing PAs associated with consumers who are fully registered with PPL that they "should not transition to PPL's EVV system until further notice," and that "your PAs should keep using CareTime for EVV – do not switch to Time4Care." See attached.

These statements are in direct violation of our instructions to you. They are also misleading, and adding to the confusion and uncertainty being experienced by CDPAP participants. These statements are also inconsistent with Judge Block's order, which states:

> *Importantly, this Order does not prevent the Statewide Fiscal Intermediary ("PPL") from operating, processing applications, servicing and paying CDPAP participants who have already registered with PPL.*

Accordingly, we can no longer allow you to act as our subcontractor, and we have removed all of your access to PPL@Home.



**Deborah L. Drexler**

General Counsel and Chief Compliance Officer

Time Zone: Eastern

(617) 336-2991

ddrexler@pplfirst.com

pplfirst.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Deborah Drexler
**Sent:** Wednesday, April 2, 2025 7:11 PM

**To:** chris@cdchoices.org
**Subject:** follow up

Dear Mr. Graber:

Please see attached letter.  This is a follow up from my letter yesterday.

Sincerely,

Deb Drexler

---

**From:** Deborah Drexler
**Sent:** Tuesday, April 1, 2025 2:49 PM
**To:** chris@cdchoices.org
**Subject:** cease and desist letter

Dear Mr. Graber:

Please see attached letter.

Sincerely,



**Deborah L. Drexler**

General Counsel and Chief Compliance Officer

Time Zone: Eastern
(617) 336-2991

ddrexler@pplfirst.com

pplfirst.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.