

February 3, 2026

**Amanda Giglio**
Direct Phone   212-453-3984
Direct Fax       646-461-2096
agiglio@cozen.com

Hon. Daniel J. Stewart
U.S. District Court for the Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad St.
Utica, New York 13501

Re:   *Consumer Directed Choices Inc. v. Public Partnerships LLC*, No. 25-cv-868

Your Honor:

We represent defendant Public Partnerships LLC ("PPL" or "Defendant") in the above-captioned matter.

We write jointly with counsel for plaintiff Consumer Directed Choices Inc. ("CDChoices" or "Plaintiff") to respectfully request that the Initial Rule 16 Conference currently scheduled for February 10, 2026 be held virtually, rather than in person. The parties respectfully maintain that shifting to a virtual conference would be appropriate as it would avoid the risk of travel disruptions (which are of particular concern given the ongoing winter weather conditions in New York and given that counsel for both parties would need to travel to attend) and would allow the Court to address all relevant matters efficiently and effectively (particularly as the parties have agreed to a proposed schedule).

The parties appreciate the Court's consideration.

Sincerely,

COZEN O'CONNOR

By:   Amanda Giglio

AG