# Exhibit P

YOUR LIFE
YOUR CARE
YOUR PEOPLE








# RFP #20524: New York State Fiscal Intermediary Services

# Technical Proposal

## Submitted by Public Partnerships LLC (PPL)

Public Partnerships LLC (PPL)
8000 Avalon Blvd, Suite 300
Alpharetta, GA 30009
FEIN: 04-3468852
NYS Tax ID: 04-3468852
NYS Dept. of State ID #: 3948487
MMIS #: 04418975

Alayna Bochenek
401 New Karner Rd, Suite 301, Albany, NY 12205
518.528.1965
201.201.4186
abochenek@pplfirst.com

**Due: August 21, 2024**

# 6.2.B. Table of Contents

**6.2.C. Attachment 4 Vendor Assurance of No Conflict of Interest or Detrimental Effect ........ 1**

**6.2.D. Documentation of Bidder's Eligibility to Submit an Offer (requirement) .......... 2**

**6.2.D. Revised Attachment B Demonstration of Eligibility to Submit a Bid ........ 5**

**6.2.E. Attachment C Program Specific Certifications and Attestations ........ 7**

**6.2.F. Technical Proposal Narrative ........ 8**

F.Executive Summary ........ 8

*Experience ........ 8*

*Attributes ........ 10*

*Techniques, Skills and Abilities Unique to PPL ........ 12*

*Compliance Matrix ........ 17*

F.1. Required Fiscal Intermediary Scope of Work ........ 37

*1. Ability and Experience Providing FI Services ........ 38*

*2. Ability and Experience in Serving Members with Disabilities ........ 50*

*3. Ability and Experience to Provide Cultural and Linguistic Competencies ........ 52*

*Scope of Work (RFP Section 4.0) ........ 57*

F.2. Best Practices ........ 61

*1. Creative Approaches ........ 62*

F.3. Fiscal Intermediary Organizational Requirements ........ 70

*1. Ability to Serve Consumers Statewide ........ 71*

*2. Local Presence ........ 78*

*3. Effective Organizational Structure ........ 81*

*4. Organizational Chart ........ 88*

*5. FI Administrative Personnel Qualifications and Training ........ 90*

*6. Written FI Policies and Procedures ........ 110*

*7. Availability of Cultural and Language Competencies ........ 115*

*8. Disaster Preparedness and Emergency Plans and Procedures*....117
F.4. Fiscal Monitoring and Oversight....127
*1. Description of Fiscal Monitoring and Oversight*....128
*2. Pending Audit Proposed Process*....140
F.5. Quality Monitoring and Reporting....143
*1. Compliance with Reporting Requirements*....144
*2. Data Management and Reporting Tools*....149
*3. Quality Management Previous Experience*....161
*4. Operational Enhancements and Program Efficiencies*....163
F.6. EVV System....177
*a) EVV System Usage*....178
*b) EVV System Integration Experience*....180
*c) Dedicated and Knowledgeable Staff*....181
*d) Correct and Timely Claims*....182
*e) Employee Training*....185
*f) Ability to Comply with NYS EVV Standards*....187
*g) Auditing Results*....192
Attachments....193

Attachment 4 - Vendor Assurance of No Conflict of Interest or Detrimental Effect

NEW YORK STATE

# New York State Required Certifications

Contract #:

## Offerer Assurance of No Conflict of Interest or Detrimental Effect

The Offerer proposing to provide services pursuant to this solicitation, as a contractor, joint venture contractor, subcontractor, or consultant, attests that its performance of the services outlined in this solicitation does not and will not create a conflict of interest with nor position the Offerer to breach any other contract currently in force with the State of New York. Furthermore, the Offerer attests that it will not act in any manner that is detrimental to any State project on which the Offerer is rendering services.

Specifically, the Offerer attests that:

1. The fulfillment of obligations by the Offerer, as proposed in the response, does not violate any existing contracts or agreements between the Offerer and the State;
2. The fulfillment of obligations by the Offerer, as proposed in the response, does not and will not create any conflict of interest, or perception thereof, with any current role or responsibility that the Offerer has regarding any existing contracts or agreements between the Offerer and the State;
3. The fulfillment of obligations by the Offerer, as proposed in the response, does not and will not compromise the Offerer' s ability to carry out its obligations under any existing contracts between the Offerer and the State;
4. The fulfillment of any other contractual obligations that the Offerer has with the State will not affect or influence its ability to perform under any contract with the State resulting from this Solicitation;
5. During the negotiation and execution of any contract resulting from this Solicitation, the Offerer will not knowingly take any action or make any decision which creates a potential for conflict of interest or might cause a detrimental impact to the State including, but not limited to, any action or decision to divert resources from one State project to another;
6. In fulfilling obligations under each of its State contracts, including any contract which results from this Solicitation, the Offerer will act in accordance with the terms of each of its State contracts and will not knowingly take any action or make any decision which might cause a detrimental impact to the State including, but not limited to, any action or decision to divert resources from one State project to another;
7. No former officer or employee of the State who is now employed by the Offerer, nor any former officer or employee of the Offerer who is now employed by the State, has played a role with regard to the administration of this contract procurement in a manner that may violate section 73(8)(a) of the State Ethics Law; and
8. The Offerer has not and shall not offer to any employee, member or director of the State any gift, whether in the form of money, service, loan, travel, entertainment, hospitality, thing or promise, or in any other form, under circumstances in which it could reasonably be inferred that the gift was intended to influence said employee, member or director, or could reasonably be expected to influence said employee, member or director, in the performance of the official duty of said employee, member or director or was intended as a reward for any official action on the part of said employee, member or director.

Offerer(s) responding to this Solicitation should note that the State recognizes that conflicts may occur in the future because an Offerer may have existing or new relationships. The State will review the nature of any such new relationship and reserves the right to terminate the contract for cause if, in its judgment, a real or potential conflict of interest cannot be cured.

**Offerer's Name (legal entity)**

Public Partnerships LLC (PPL)

**Title**

Chief Executive Officer

**By, Name (please print)**

Vincent Coppola

[signature]

**Signature**

August 21, 2024

**Date**

***This form must be signed by an authorized executive or legal representative.***

## 6.2.D. Documentation of Bidder's Eligibility to Submit an Offer (Requirement)

*As well as completion of Attachment B to certify and attest, Bidders should provide a narrative description identifying how the bidder meets the minimum requirements outlined below:*
*• An entity capable of performing statewide fiscal intermediary services with demonstrated cultural and language competencies specific to the population of consumers and those of the available workforce with experience serving individuals with disabilities and as of April 1st, 2024, is providing services as a fiscal intermediary on a statewide basis in at least one other state.*

PPL has provided Fiscal Intermediary (FI) services in support of the consumer-directed option since 1999, when we were an original team member of the Robert Wood Johnson Foundation Pilot for consumer-direction. As the national leader and largest provider of FI services for consumer direction programs, we take pride in the superior quality of service we provide to our state clients, Managed Care Organizations (MCOs), program consumers, and their Personal Assistants (PAs). Our proposal to the Department of Health (DOH) reflects not only our expertise, differentiated capabilities, ability to seamlessly scale to increase capacity, and deep experience, but also our commitment to engaging in a long-lasting partnership that enhances the operation of CDPAP, and the experience of its program participants.

[redacted]

Our multilingual and generationally diverse team is one of our organization's strongest assets, as represented by these statistics:

- **Culturally:** Our workforce is comprised of 17% Hispanic or Latino, 19% Black or African American, 30% white and 9% Asian with the remaining unreported or representing two or more ethnicities.
- **Linguistically:** We can provide information and services in hundreds of languages and dialects, including those identified by New York State's Office of the Medicaid Inspector General as Limited English Proficient (LEP). [1]

---

[1] [1] Language Access Plan: New York State Office of the Medicaid Inspector General (ny.gov)

- **Generationally:** Our staff is represented by those who are under 40 years (58%) and over 40 years old (42%)

Additionally, 21% of our workforce identifies as having a disability, ensuring the utmost empathy, and understanding of the state's consumers as they onboard, call into our customer service center, or receive additional support throughout their experience in the program.

We are the **most qualified** vendor with the capacity, expertise, and experience to ensure the successful execution of this contract, with long-standing **statewide** contracts in **15 states.**

- Alabama (2020)
- Arkansas (2023)
- Arizona (2004)
- California (2012)
- Colorado (2009)
- Florida (2013)
- Indiana (2006)
- Massachusetts (1999)
- Maryland (2022)
- Michigan (2015)
- New Jersey (2016)
- Ohio (2019)
- Oregon (2014)
- Pennsylvania (2012)
- Virginia (2004)

[redacted]

[redacted]

Revised ATTACHMENT B

**BIDDER'S DEMONSTRATION OF ELIGIBILITY TO SUBMIT A BID**

**BIDDER NAME: Public Partnerships LLC (PPL)___________________________**

**The bidder, as named above, attests to meeting the following ~~(check all that apply)~~:***

☐ Bidder is an entity capable of performing statewide fiscal intermediary services with demonstrated cultural and language competencies specific to the population of consumers and those of the available workforce, has experience serving individuals with disabilities, and as of April 1st, 2024, is providing services as a fiscal intermediary on a statewide basis with at least one other state.

Name of State(s): Colorado Arkansas

State Representative Contact Information:

Name: Jessica Corral Tami Rogers

Email: jessica.corral@state.co.us tami.rogers@dhs.arkansas.gov

Phone Number: 303.866.3504 501.320.6583

☐ In each DOH MLTC Rate Setting Region, bidder will subcontract with each service center for independent living (ILC) under section 1121 of the New York State Education Law **that has been providing fiscal intermediary services since** ~~prior to~~ January 1, 2024 **or earlier**;

☐ In each DOH MLTC Rate Setting Region, bidder will subcontract with ~~an~~ at **least one** entity that has been ~~established as a~~ **providing** ~~F~~**f**iscal ~~I~~**i**ntermediary **services since** ~~prior to~~ January 1, 2012 ~~and has been continuously providing services for CDPAP individuals under SSL § 365-f~~;

☐ Bidder is an entity capable of appropriately providing fiscal intermediary services, performing the responsibilities of a fiscal intermediary and complying with SSL § 365-f.

*Within the Technical Proposal, bidders should also provide a narrative description identifying how the bidder meets the minimum requirements outlined above.

**Joint Employment Attestation:**

In addition, the bidder, as named above, accepts and acknowledges their role as Fiscal Intermediary is that of a joint employer, with the CDPAP consumer, of the personal assistant (PA).

In the delivery of the services described in Section 4.3, the **Statewide Fiscal Intermediary**, on its behalf and on behalf of the consumers it serves, is responsible for:

a) Ensuring full and timely payment of wages established by the ~~Offeror~~ **bidder** per applicable federal and state labor laws, including wage parity and overtime laws, preferably by direct deposit, and providing all statements and maintaining all records required by the New York State Labor Law;

b) Maintaining all documentation needed to process and submit all required income tax and other required withholdings and any optional deductions;

c) Tabulating appropriate hours for employee paychecks when services are rendered for multiple consumers by a single PA and/or multiple PAs for a single consumer.

d) Complying with all applicable social security, workers' compensation, disability and unemployment insurance employer requirements.

e) Will contract with an EVV vendor to collect and submit data to the NYS Aggregator in accordance with the 21st Century Cures Act and the NYS EVV policy guidance and standards.

f) Ensuring all PA employment forms are completed correctly and adequately and identify the FI as the employer of record, including but not limited to:
- I-9 Employment Eligibility Verification
- NYS 100 Registration for Unemployment Insurance Withholding Tax and Wage Reporting
- W-4 Federal Employee's withholding Allowance Certificate and
- IT-2104 State Employee's Withholding Allowance certificate.

g) Coordinating PA benefits, including annual leave, health insurance and employee benefits as applicable;

h) Reporting wages paid and taxes withheld using appropriate forms (e.g., Form W-2, Wage and Tax Statement, Form NYS-45)

i) Maintaining and making available to the Consumer information detailing the wage rates and benefits of PAs;

j) Auditing Consumer's PA billing records, and resolving any anomalies;

k) Processing termination documentations once notified by the Consumer that their PA has been terminated; and

l) Processing wage verification requests, Paid Family Leave (PFL) claims and Family Medical Leave Act (FMLA) claims.

Name of individual authorized to bind the bidder to the above terms: Vincent Coppola

Email/Phone number of authorized individual: vcoppola@pplfirst.com; 470.890.0354

**Bidder SIGNATURE:**

By: [signature] Date: August 21, 2024
(signature)

Printed Name: Vincent Coppola

Title: Chief Executive Officer

STATE OF NEW YORK )
) SS:
County of Forsyth )

On the 21 day of August in the year 2024 before me, the undersigned, personally appeared Vincent Coppola, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature: Stacey Sourbeer]
(Signature and office of the individual taking acknowledgement)

STACEY SOURBEER NOTARY PUBLIC STATE OF GEORGIA 1776 MY COMM. EXP. 7/4/2028 FORSYTH COUNTY, GEORGIA

**ATTACHMENT C**
**PROGRAM SPECIFIC CERTIFICATIONS AND ATTESTATIONS**

Public Partnerships LLC (PPL) attests and certifies the following:
(Bidder Name)

- Bidder attests that, as Statewide FI, bidder and every subcontractor has met and will continue to meet the requirements of section 220(3-a) (a) (iii) of the Labor Law that sets forth the certified payrolls and obligations related to such payrolls.

- Bidder certifies that all physical location(s), at a minimum, satisfy the 2010 Americans with Disabilities Act Standards for Accessible Design (https://www.ada.gov/2010ADAstandards_index.htm), and meet all State and municipal building codes. In satisfying this standard, the location's accessible features must include, but are not limited to the entrance, path of travel, restrooms, and meeting spaces. The location must provide at least one "family assistance" restroom to allow a person to receive assistance from an attendant. Parking must not only comply with ADA standards, but also with New York law (https://northeastada.org/resource/accessible-parkingand-public-accommodations-overview-of-requirements-frequently-asked-questions) i.e., all accessible parking spaces must be van accessible.

- Bidder attests they will work cooperatively with Department of Health, Office of the State Comptroller (OSC), OMIG, the New York State Office of the Attorney General, the Department of Health and Human Services (DHHS), the DHHS Office of Inspector General (OIG), and their designated representatives.

- Bidder attests they will, in performing FI and other related services described in Section 4.0, comply with all applicable federal and state laws, rules, regulation, and guidance including, but not limited to, those outlined in Section 4.4 Fiscal Intermediary Compliance Requirements.

- Bidder attests that, as the single Statewide FI they will directly perform all of the following FI duties and understands that as the Statewide FI they will be prohibited from assigning any of these duties to their subcontractors:
  - enter into FI contract with the Department;
  - set wages and establishing benefits for PAs;
  - maintain workers compensation, disability, or unemployment insurance policies for PAs;
  - appear at workers compensation, disability or unemployment hearings;
  - maintain personnel records for each PA and maintain records of Consumers' service authorization or plan of care (subcontractors may maintain copies or duplicate records);
  - enter into Department approved memoranda of understanding with Consumers; and
  - enter into contract with managed care organizations.

Name of individual authorized to bind the bidder to the above terms: Vincent Coppola

Email/Phone number of authorized individual: vcoppola@pplfirst.com; 470.890.0354

By: [signature] Date: August 21, 2024
(signature)

Printed Name: Vincent Coppola

Title: Chief Executive Officer

STATE OF NEW YORK )
County of Forsyth ) SS:
)

On the 21 day of August in the year 2024 before me, the undersigned, personally appeared Vincent Coppola, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

[signature: Stacey Sourbeer]
(Signature and office of the individual taking acknowledgement)

STACEY SOURBEER NOTARY PUBLIC STATE OF GEORGIA FORSYTH COUNTY, GEORGIA MY COMM. EXP. 7/4/2028

# 6.2.F. Technical Proposal Narrative

## F. Executive Summary

F. Technical Proposal Narrative/Executive Summary
Per statute, SSL § 365-f, the Department will select the Statewide FI based on the bidder's ability to demonstrate they can provide the services described in Section 4.0: Fiscal Intermediary Scope of Work.
The technical proposal should provide satisfactory evidence of the bidder's ability to meet, and expressly respond to, each requirement of and information requested in this RFP in Section 4.0. The summary should include any experience, attributes, special techniques, skills or abilities the Offeror possesses.
Bidders should respond to each element of the scope of work outlined below and label each section by its corresponding letter/number in the scope of work.
In addition to the responses included in the bidder's proposal, the responses provided in a Bidder's Vendor Responsibility Questionnaire may be considered in the evaluation of the bidder's compliance with all federal and state laws and regulations.

Public Partnerships LLC (PPL) is ready to transition the Consumer Directed Personal Assistance Program (CDPAP) to a cohesive solution that supports New York's Department of Health's (DOH) oversight and ensures continuity for consumers. Our approach is designed to address the diverse cultural, linguistic, and individual needs of consumers and Personal Assistants (PAs) throughout the entire state of New York.

### Experience

Our company is uniquely positioned to deliver exceptional outcomes for this evolving program. As an original team member of the Robert Wood Johnson Foundation Pilot for consumer-direction in 1999, we have over two decades of experience, and are proud to be the leading Fiscal Intermediary (FI) service provider in the country. [redacted] Our leadership role, experience, and technical capabilities are what make us the most qualified company with the corporate capacity, operational scale, and market experience necessary to transition a program of this magnitude. We have made a significant difference in the lives of hundreds of thousands of seniors and individuals with disabilities and chronic illnesses by supporting their choice to remain independent and active within their communities. Our mission remains clear and simple — to transform lives by expanding access to self-direction and whole-person care. [redacted]

[redacted]

PPL has the deepest industry experience in consumer direction and FI solutions. [redacted]

[redacted]

## Attributes

**Exhibit F-2: PPL's Employee Cultural Composition**
*Employing a diverse workforce helps ensure we represent cultural sensitivities consistently.*




Maintaining cultural and language competency is integral to our core values. We recognize the importance of diversity, not only for our consumers, but also within our organization. We believe that our ability to effectively serve a highly diverse population of consumers can only be accomplished if our employees represent the same diversity. **Exhibit F-2** provides details of our cultural composition; we place considerable importance on reflecting the diversity of the consumers we serve within our workforce. As such, we are proud to maintain an inclusive workplace for employees by respecting each other's differences, employing empathy in our day-to-day tasks, and collaborating with each other in a way that meets our peers where they are. Living by our values in this way directly translates to our passion and commitment to each community we serve:

- Over 73% of our workforce is female.
- 70% are people of color or identify with underrepresented groups.
- Over 20% have an identified disability.

- 40% have a close family member with a disability.
- We employ more than 60 individuals who earn a shift differential by being able to communicate with consumers in a language other than English.
- Our Customer Service Team has access to translation services that support over 300 languages and dialects. Several staff members speak more than one language, including Arabic, Cantonese, Hindi, Korean, Mandarin, Vietnamese, and many others. In total, members of our staff speak more than 35 languages.
- Our Diversity & Inclusion Committee includes several of our executive leaders who, along with the full committee, promote awareness, education, and support for inclusive practices.

Our ready-to-implement plan ensures the highest quality of services while driving over $200 million in cost savings for the state:

- We have identified **31** key current FIs within the New York CDPAP to join the PPL team, ensuring a seamless transition of operations that mitigates the end-user impact to consumers.
  - Our network of FIs currently covers almost 25% of the CDPAP population; we have the capacity to rapidly onboard the remaining consumers.
  - Our network of Fis currently provides services in all 62 counties of New York State.
  - Our FI partners currently assist the most vulnerable consumers in the program.
  - Our FI partners add additional cultural experience and language services to our existing corporate capacity. With these partners, we'll have coverage in 44 languages, plus American Sign Language (ASL) and Russian Sign Language (RSL).
  - Our FI partners will reduce transition risk as their consumers will remain with their current FIs.
- [redacted]

[redacted]

While our competitors may emphasize their fast implementations, a rushed approach can often negatively impact consumers and their PAs[1]. At PPL, we prioritize a transition that is purposeful, comprehensive, and completed in a timely manner. Our extensive experience with large scale transitions and implementations is enhanced by our methodical project management approach, ensuring success for CDPAP's operations and those it serves. For CDPAP, we have a dedicated team of consumer direction and New York healthcare program experts who have spent hundreds of hours researching the program and meeting with existing CDPAP FIs, community groups, employee unions, and other stakeholders to prepare the implementation and operational plan for the contract transition. We also have a financial capital structure plan that supports the startup costs needed for this contract. No other FI comes to the program as prepared, or capable of, delivering a successful transition.

[redacted]

## Techniques, Skills, and Abilities Unique to PPL

[redacted] Our proprietary end-to-end Financial Management System (FMS) simplifies crucial processes from enrollment to service claim submission. Notably, our mobile application, *Time4Care®,* meets all EVV requirements and is the highest-rated consumer direction EVV solution according to consumers ratings on the Apple and Google Play stores, evidence of our commitment to compliance and modernization. Additional details on our EVV system can be found in **Section 6.2.F.6**.

**Our team of consumer direction and New York healthcare program experts have spent hundreds of hours researching the program and meeting with existing CDPAP FIs, community groups, employee unions, and other stakeholders to prepare for the contract transition.**

[1] https://www.wsmv.com/2023/11/14/problems-with-tenncare-website-leave-disabled-tennesseans-struggling-find-in-home-care/

[redacted]

### HIPAA-Compliant Systems

Our HIPAA-compliant technology offering, the majority of which is proprietary, can be accessed by users through a single, secure password. We develop, own, and manage all our tools, prioritizing the user experience. Unlike other FIs, we are not beholden to a technology vendor with other priorities.

### Consumer-Centric, Purpose-Built Technology

Our technology is influenced by our end users, including our National Consumer Advisory Board comprised of consumers in self-direction programs. We take feedback from consumers, PAs, and our state and MCO partners to configure our systems to their needs, while we also incorporate recent technological advancements that will enhance the user experience. Our technology platforms work together to create a seamless experience for all NY users.

[redacted]

## Summary

Throughout our response, we have highlighted the aspects of our approach that make PPL uniquely suited to meet the needs of DOH. Our corporate capacity, dedication to consumer direction, cultural and language competency, commitment to being a partner to New York, and focus on quality with cost savings position us as the best choice for the successful transition and ongoing management of the CDPAP. **Exhibit F-3** provides the principles guiding our commitment to each of these core initiatives and to DOH. **Exhibit F-4** provides a compliance matrix to assist the evaluators in ensuring our response addresses all the requirements listed in RFP items 4.1 – 4.10. Our response follows the order provided by the RFP, the amendments, and the DOH response to vendor questions.

[redacted]

A Compliance Matrix to guide evaluators through RFP requirements and the location of our responses is provided as **Exhibit F-4.**

**Exhibit F-4: RFP Compliance Matrix**

| RFP Section Title | RFP Requirement | Proposal Section |
|---|---|---|
| 4.0 Fiscal Intermediary Scope of Work | The awarded Statewide Fiscal Intermediary will be responsible for the delivery of fiscal intermediary services to consumers receiving CDPAS as defined in Part HH of Chapter 57 of the Laws of 2024, including:<br>- Ensuring that subcontractors meet all applicable federal and state laws and regulations;<br>- Subcontracting to facilitate the delivery of fiscal intermediary services to each entity that is a service center for independent living under section 1121 of the New York State Education Law ("EDN") and has been providing fiscal intermediary services since January 1, 2024, or earlier; and<br>- Subcontracting with at least one entity per NYS DOH MLTC rate setting region, as seen in Attachment D, that has a proven record of delivering services to individuals with disabilities and the senior population and has been providing fiscal intermediary services since January 1, 2012, or earlier. | Section 6.2.F.3, F.3.1 "Ability to Serve Consumers Statewide" **(Page 71)** |
| 4.1 Required Fiscal Intermediary Services | The Statewide FI will be required to perform the fiscal intermediary (FI) services described in SSL § 365-f (4-a)(a)(ii), 18 NYCRR § 505.28(i) and 10 NYCRR § 766.11(c)-(d). These services include: | **See below references.** |
| 4.1 Required Fiscal Intermediary Services | a) Processing wages and benefits for each personal assistant (PA), including establishing the amount of each PA's wages; | Section 6.2.F.1 "Wage and Benefits Processing" **(Page 41)** |
| 4.1 Required Fiscal Intermediary Services | b) Processing all applicable income tax and other required wage withholdings, including Social Security and federal, State and local taxes; | Section 6.2.F.1 "Applicable Income Tax Processing" **(Page 43)** |
| 4.1 Required Fiscal Intermediary Services | c) Complying with workers' compensation, disability and unemployment requirements; | Section 6.2.F.1 "Worker's Compensation, Disability, and Unemployment Compliance" **(Page 43)** |

| | | |
|---|---|---|
| 4.1 Required Fiscal Intermediary Services | d) Ensuring the health status of each PA is assessed prior to service delivery pursuant to 10 NYCRR § 766.11(c) and (d) or any successor regulation; | Section 6.2.F.1 "Health Status of Personal Assistants (PA)" **(Page 44)** |
| 4.1 Required Fiscal Intermediary Services | e) Maintaining personnel records for each PA, including time records and other documentation needed for wages and benefit processing and a copy of the medical documentation required above by 4.1(d), as well as documentation, where applicable, of completed background checks and completed training requirements; | Section 6.2.F.1 "Personnel Record Maintenance" **(Page 45)** |
| 4.1 Required Fiscal Intermediary Services | f) Maintaining records for each consumer including copies of Local Departments of Social Services' (LDSS') or Managed Care Organization's (MCO's) service authorizations or reauthorizations; | Section 6.2.F.1 "Consumer Record Maintenance" **(Page 46)** |
| 4.1 Required Fiscal Intermediary Services | g) Monitoring the consumer's (or if applicable, the consumer's designated representative's) continuing ability to fulfill the consumer's responsibilities under CDPAP and promptly notifying the authorizing entity (i.e., the LDSS or MCO) of any circumstance that may affect the consumer's (or if applicable, the consumer's designated representative's) ability to fulfill those responsibilities; | Section 6.2.F.1 "Ability to Fulfill Consumer Responsibilities" **(Page 48)** |
| 4.1 Required Fiscal Intermediary Services | h) Entering into administrative and reimbursement agreements with MCOs for the provision of fiscal intermediary services; | Section 6.2.F.1 "PA Reimbursement Agreements" **(Page 49)** |
| 4.1 Required Fiscal Intermediary Services | i) Entering into Department approved memoranda of understanding with Consumer that describes the parties' (Consumer, FI and LDSS or MCO as appropriate) responsibilities under CDPAP; and | Section 6.2.F.1 "Department Approved Memoranda of Understanding" **(Page 49)** |
| 4.1 Required Fiscal Intermediary Services | j) Any additional services required to be performed pursuant to regulations established by the Commissioner of Health specifying the responsibilities of FIs providing services under this title. | Section 6.2.F.1 "Additional Services" **(Page 50)** |

| | | |
|---|---|---|
| Responsibilities of the Consumer | Fiscal Intermediaries are not responsible for, and fiscal intermediary services shall not include fulfillment of the responsibilities of the consumer.<br>Responsibilities of the consumer (or designated representative) include:<br>a) Managing their own plan of care including recruiting and hiring PAs;<br>b) Training, scheduling and supervising PAs including arranging and scheduling substitute coverage when a PA is temporarily unavailable for any reason;<br>c) Assuring PAs competently and safely perform the required services;<br>d) Timely approving and attesting to the accuracy of PA time records and transmitting such information to the FI according to the FIs procedures;<br>e) Timely notifying the FI of changes in employment status of any PA;<br>f) Timely distributing PAs' employment checks, if physical check distribution by the Consumer to the PA is the means of payment the Consumer and PA agree upon; and<br>g) Terminating PAs. | Section 6.2.F.1 "Additional Services"<br>**(Page 50)** |
| 4.2 Best Practices | In carrying out the specific duties described in Section 4.1, bidders may use creative approaches to assist in the delivery of high quality FI services that best meet the needs of consumers. Bidders should identify these approaches in Section 6.2 of the Technical Proposal. Such practices are not limited to, but may include: | **See below references.** |
| 4.2 Best Practices | a) Providing peer supports, including peer mentoring and counseling for consumers and their identified supports to assist in navigating their responsibilities as joint employer; | Section 6.2.F.2 "Multi-Pronged Support for Consumers", "Peer Supports"<br>**(Page 66)** |
| 4.2 Best Practices | b) Conducting visit(s) to the consumer's home; | Section 6.2.F.2 "Multi-Pronged Support for Consumers", "In-Home Visits"<br>**(Page 66)** |

| | | |
|---|---|---|
| 4.2 Best Practices | c) With the consent of consumers, conducting face-to-face orientation for PAs; | Section 6.2.F.2 "Multi-Pronged Support for Consumers", "Face-to-Face Program Orientation" **(Page 67)** |
| 4.2 Best Practices | d) Providing support for consumers to assist them in their role as a joint employer in areas including, but not limited to recruiting, interviewing, dealing with difficult employees, effective supervision and termination of employment; | Section 6.2.F.2 "Multi-Pronged Support for Consumers", "Peer Supports" **(Page 66)** |
| 4.2 Best Practices | e) Establishing a consumer advisory committee that includes PAs, FI staff, MCOs, LDSS and consumers across the state; and | Section 6.2.F.2 "Implementation", "Consumer Advisory Committee" **(Page 64)** |
| 4.2 Best Practices | f) Establishing, maintaining, and monitoring an electronic email or an ADA compliant, user-friendly website that provides information to consumers and their identified supports and provide a means to report and/or resolve complaints and answer inquiries. | Section 6.2.F.2 "Multi-pronged Support for Consumers", "Electronic Communication and ADA Compliant Website" **(Page 67)** |

| | | |
|---|---|---|
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | The awarded Statewide FI will accept and acknowledge its role as Fiscal Intermediary is that of a joint employer, with the CDPAP consumer, of the personal assistant (PA). Refer to the acknowledgement language in Attachment B, a copy of which must be signed and submitted with every proposal. | Attachment B |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | In the delivery of the services described in Section 4.1, the Awarded Statewide FI, on its behalf and on behalf of the consumers it serves, is responsible for: | **See below references.** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | a) Ensuring full and timely payment of wages, benefits, and wage supplements established by the awarded Statewide FI, per applicable labor laws, preferably by direct deposit, and providing all statements and maintaining all records required by the New York State Labor Law | Section 6.2.F.1 "Ensuring Full and Timely Payment of Wages" **(Page 57)** and "Wage and Benefits Processing" **(Page 41)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | b) Maintaining all documentation needed to process and submit all required income tax and other required withholdings and any optional deductions | Section 6.2.F.1 "Maintaining All Documentation to Process Taxes" **(Page 57)** |

| | | |
|---|---|---|
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | c) Tabulating appropriate hours for employee paychecks when services are rendered for multiple consumers by a single PA and/or multiple PAs for a single consumer | Section 6.2.F.1 "Tabulating Appropriate Hours" **(Page 58)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | d) Complying with all applicable social security, Workers' Compensation, disability and unemployment insurance employer requirements | Section 6.2.F.1 "Worker's Compensation, Disability, and Unemployment Compliance" **(Page 43)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | e) Ensuring all PA employment forms are completed correctly and adequately and identify the awarded Statewide FI as the employer of record, including but not limited to:<br>- I-9 Employment Eligibility Verification<br>- NYS 100 Registration for Unemployment Insurance Withholding Tax and Wage Reporting<br>- W-4 Federal Employee's withholding Allowance Certificate and<br>- IT-2104 State Employee's Withholding Allowance certificate | Section 6.2.F.1 "Maintaining All Documentation to Process Taxes" **(Page 57)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | f) Coordinating PA benefits, including annual leave, health insurance and employee benefits as applicable | Section 6.2.F.1 "Wage and Benefits Processing" **(Page 41)** |

| | | |
|---|---|---|
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | g) Reporting wages paid and taxes withheld using appropriate forms (e.g., Form W-2, Wage and Tax Statement, Form NYS-45) | Section 6.2.F.1 "Reporting Wages Paid and Taxes Withheld" **(Page 58)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | h) Maintaining and making available to the Consumer information detailing the wage rates and benefits of PAs | Section 6.2.F.1 "Maintaining and Making Available to the Consumer Information Detailing Wage Rates and Benefits" **(Page 58)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | i) Auditing Consumers 'PA billing records, and resolving any anomalies | Section 6.2.F.1 "Auditing Consumers' PA Billing Records" **(Page 58)** |
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | j) Processing termination documentation once notified by the Consumer that their PA has been terminated and | Section 6.2.F.1 "Processing Termination Documentation" **(Page 58)** |

| | | |
|---|---|---|
| 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements | k) Processing wage verification requests, Paid Family Leave (PFL) claims and Family Medical Leave Act (FMLA) claims | Section 6.2.F.1 "Processing Wage Verification, Paid Family Leave, and Family Medical Leave Act Claims" **(Page 59)** |
| 4.4 Statewide Fiscal Intermediary Compliance Requirements | In performing FI services described within the Scope of Work, the awarded Statewide FI must comply with all applicable State and federal laws, rules, regulations, and guidance, including, but not limited to: | **See below references.** |
| CDPAP FI Enrolled Medicaid Provider | a) The awarded Statewide FI will be required to enroll as a CDPAP-FI enrolled Medicaid provider. A bidder that is not a CDPAP-FI enrolled Medicaid provider must successfully enroll before any contract awarded under this procurement will become effective. Any award under the terms of this RFP will be conditioned on such enrollment; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| N.Y. Soc. Servs. Law | b) N.Y. Soc. Servs. Law § 365-f and any successor law or laws; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| 18 N.Y. Codes Rules and Regulations | c) 18 N.Y. Codes Rules and Regulations § 505.28 and any successor rule or rules; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| 18 N.Y. Codes Rules and Regulations Part 504 | d) 18 N.Y. Codes Rules and Regulations Part 504, including but not limited to § 504.3 that specify the responsibilities of providers enrolled in Medicaid and any successor rule or rules; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |

| | | |
|---|---|---|
| N.Y. Pub. Health Law | e) N.Y. Pub. Health Law § 3614-c (Wage Parity) and any successor law or laws; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| State and Federal Laws | f) State and federal labor laws, including but not limited to laws pertaining to overtime pay; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| Wage and Labor Agreements | g) Wage and labor agreements, including union contracts and collective bargaining agreements; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| Personnel Record Maintenance | h) Maintain personnel records for each PA, including time records and other documentation needed for wages and benefit processing and a copy of the medical documentation, as well as documentation, where applicable, of completed background checks and completed training requirements; | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| Electronic Visit Verification Requirements | i) Electronic Visit Verification requirements the Department has implemented or will implement to comply with the federal 21st Century Cures Act. Please see https://www.health.ny.gov/health_care/medicaid/redesign/evv/index.htm for additional information; and | Section 6.2.F.1 "4.4 Statewide Fiscal Intermediary Compliance Requirements" **(Page 59)** |
| Department Issued Marketing Materials | j) Department issued guidance and directives, and any other guidance, templates or directives the Department may issue with respect to marketing and marketing materials; and | Section 6.2.F.1, F.1.3 "Ability and Experience to Provide Cultural and Linguistic Competencies" **(Page 53)** |

| | | |
|---|---|---|
| Regular Reporting | k) The Department will require regular reporting from the Statewide FI as identified in Section 4.6 and 4.7 of the RFP. The frequency, format and content will be delineated after contract award. | Section 6.2.F.5 "Quality Monitoring and Reporting" **(Page 145)** |
| 4.5 Fiscal Intermediary Organizational Requirements | The awarded Statewide FI will: | **See below references.** |
| Statewide Capacity | a) Serve any consumer in a statewide capacity, and work with subcontractors and entities throughout the state; | Section 6.2.F.3, F.3.1 "Ability to Serve Consumers Statewide" **(Page 71)** |
| Effective Organizational Structure | b) Have and maintain an effective organizational structure with qualified administrative staff to deliver all the services of the Statewide FI and ensure all FI personnel have the appropriate training and knowledge to fulfill their duties to the FI; | Section 6.2.F.3, F.3.3 "Effective Organizational Structure" **(Page 81)** |
| Organizational Chart | c) Maintain an organizational chart with professional and managerial lines of authority and submit such chart to the Department upon request; | Section 6.2.F.3, F.3.4 "Organizational Chart" **(Page 89)** |
| Conflicts of Interest | d) Ensure the avoidance of actual or perceived conflicts of interest while operating as the Statewide FI (see Section 6.2.C and Attachment 4). Actual or perceived conflicts may include but are not limited to:<br>- An entity that is owned or controlled by a Licensed Home Care Services Agency (LHCSA) or a Managed Care Organization (MCO) in New York State or that owns or holds the controlling interest in a LHCSA or MCO in New York State; | Section 6.2.F "Experience" **(Page 9)** |
| Cultural and Linguistic Competencies | e) Ensure that it has the appropriate cultural and linguistic competencies to serve consumers and those of the available PAs that assist consumers; | Section 6.2.F.3, F.3.7 "Availability of Cultural and Language Competencies" **(Page 115)** |

| | | |
|---|---|---|
| 2010 Americans with Disabilities Act Standards for Accessible Design | f) Certify that all physical location(s), at a minimum, satisfy the 2010 Americans with Disabilities Act Standards for Accessible Design (ADA) (https://www.ada.gov/2010ADAstandards_index.htm), and meet all State and municipal building codes. In satisfying this standard, the location's accessible features must include, but are not limited to the entrance, path of travel, restrooms, and meeting spaces. The location must provide at least one "family assistance" restroom to allow a person to receive assistance. Parking must not only comply with ADA standards, but also with New York law (https://northeastada.org/resource/accessible-parking-and-public-accommodations-overview-of-requirements-frequently-asked-questions) i.e., all accessible parking spaces must be van accessible; | Section 6.2.F.3, F.3.2 "Local Presence" **(Page 79)** |
| Local Presence | g) Maintain a local presence in each region of the state (see Attachment D), that ensures the Statewide FI can effectively and timely deliver the services required in Section 4.0; and | Section 6.2.F.3, F.3.2 "Local Presence" **(Page 78)** |
| Disaster Preparedness and Emergency Plans | h) Establish, maintain, and periodically review disaster preparedness and emergency plans and procedures related to the provision of required FI services; and | Section 6.2.F.3, F.3.8 "Disaster Preparedness and Emergency Plans and Procedures **(Page 117)** |
| Pending Audits | i) Provide a description of all pending audits related to fiscal intermediary services, both in New York and other states where the awarded Statewide FI is currently or has been operating. | Section 6.2.F.4, F.4.2 "Pending Audit Proposed Process" **(Page 140)** |
| 4.6 Fiscal Monitoring and Oversight Requirements | The Awarded Statewide FI will: | **See below references.** |
| Annual Direct Care and Administrative Cost Reports | a) Submit annual direct care and administrative cost reports required pursuant to SSL 365-f(4-a)(c); | Section 6.2.F.4, F.4.1 "Fiscal Oversight and Fiscal Integrity Investigation" **(Page 131** |

| | | |
|---|---|---|
| Written Fiscal Procedures | b) Maintain written fiscal procedures that comply with generally accepted accounting principles and Medicaid rules and regulations, including internal control procedures; | Section 6.2.F.4, F.4.1 "Written Fiscal Procedures" **(Page 128)** |
| Preserve Financial Records | c) Along with its subcontractors, the awarded Statewide FI will retain and preserve financial and other records that facilitate fiscal monitoring and audits, for a period of no less than six (6) years from the date that services were rendered. | Section 6.2.F.4, F.4.1 "Financial Records Management for Monitoring and Audits" **(Page 131)** |
| Fiscal Oversight and Integrity | d) Provide fiscal oversight and actively investigate issues regarding fiscal integrity; | Section 6.2.F.4, F.4.1 "Fiscal Oversight and Fiscal Integrity Investigation" **(Page 130)** |
| Corporate Compliance Policies and Procedures | e) Establish and implement corporate compliance policies and procedures in accordance with the Federal Deficit Reduction Act and the False Claims Act to prevent, detect and report fraud, waste and abuse by board members, employees and consumers, and develop strategies to prevent and detect such fraud. The awarded Statewide FI along with its subcontractors, will refer to the Office of the Medicaid Inspector General (OMIG) any allegations of fraud, waste and abuse identified. For more information, see the CMS website on the Medicaid Integrity Program, found here: https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention/MedicaidIntegrityProgram/index.html | Section 6.2.F.4, F.4.1 "Corporate Compliance Policies and Procedures" **(Page 132)** |
| Provision 18 NYCRR Compliance | f) Comply with all provisions of 18 NYCRR Parts 514-520 and align with Office of Medicaid Inspector General (OMIG) Compliance Program required duties (see https://regs.health.ny.gov/content/section-5213-compliance-program-required-provider-duties); and | Section 6.2.F.4, F.4.1 "OMIG Compliance Program Duties" **(Page 135)** |

| | | |
|---|---|---|
| Subject to Audit by OMIG | g) Along with its subcontractors, the awarded Statewide FI will be subject to audit, investigation, and review by OMIG for a period consistent with the requirements outlined in 18 NYCRR Part 517. The awarded Statewide FI and its subcontractors will work cooperatively with the Department of Health, Office of the State Comptroller (OSC), OMIG, the New York State Office of the Attorney General, the Department of Health and Human Services (DHHS), the DHHS Office of Inspector General (OIG), and their designated representatives by furnishing any records and information upon request. | Section 6.2.F.4, F.4.2 "Pending Audit Proposed Process" **(Page 140)** |
| Quarterly Report | h) Provide the Department with a quarterly report regarding the Contractor's EVV compliance with section 12006(a) of the 21st Century Cures Act and the bidder's EVV system's completeness and accuracy as required by 18 NYCRR Part 514. | Section 6.2.F.6, "Ability to Comply with NYS EVV Standards" **(Page 187)** |
| Unique Identifier of the PA | i) Capture, verify, and accurately report with respect to any claims, the unique identifier of the PA as required by SSL § 365-f(3). | Section 6.2.F.4, F.4.1 "Fiscal Oversight and Fiscal Integrity Investigation" **(Page 130)** |
| 4.7 Quality Monitoring and Reporting Requirements | The awarded Statewide FI will be required to submit a Quality Management Plan. In addition, the awarded Statewide FI shall submit reports to the Department that include, but are not limited to, quality measures and other data to assist the Department, consumers, LDSS and MCOs with evaluating the effectiveness and quality of services provided by the FI under this contract and their impact on the overall quality and effectiveness of CDPAP. These reports are in addition to the requirement that the awarded Statewide FI submit annual direct care and administrative cost reports as required by Section 4.1 and SSL § 365-f. The Department reserves the right to make any and all reports public. | Section 6.2.F.5, F.5.4.7.1 "Current Quality Management Approach" **(Page 152)** |
| | The data to be collected and reported, the format of such reports, and the frequency for filing such reports will be determined by the Department. The awarded Statewide FI will be required to cooperate with efforts by the Department to assess FI services under CDPAP including conducting a consumer satisfaction survey. | Section 6.2.F.5, F.5 "Quality Management Plan and Reporting Requirements" **(Page 151)** |

| | | |
|---|---|---|
| 4.8 Information Technology Requirements | All applications and all systems and components supporting the application, including but not limited to any forms and databases that include personal health, personal identification or other NYS information, must comply with all NYS security policies and standards listed at http://its.ny.gov/tables/technologypolicyindex.htm, as well as all NYS Electronic Visit Verification policies and standards. | Section 6.2.F.5, F.5.4.8 "Information Technology Requirements" **(Page 166)** |
| 4.9 Privacy, Security, and Confidentiality Requirements | The awarded Statewide FI will comply fully with all current and future NYS privacy, confidentiality, and security policies and standards, as well as with all applicable State and federal requirements, in performance of this contract. This shall include all privacy and security policies and procedures of the Department (https://its.ny.gov/eiso/policies/security) and applicable state and federal law, rules, regulations, and administrative guidance with respect to the performance of this contract. The awarded Statewide FI will comply fully with all current and future updates of the security procedures of the DOH, as well as with all applicable State and Federal requirements, in performance of this contract. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements" **(Page 168)** |
| Medicaid Data | Medicaid data may not be used for purposes other than the administration of the Medicaid program. The awarded Statewide FI may not, without written authorization from the DOH, divulge to third parties any confidential information obtained by the awarded Statewide FI or its agents, distributors, resellers, subcontractors, officers or employees while performing contract work. DOH will have absolute authority to determine if, and when, any other party may be allowed to access information. Confidentiality is the concept that data will be viewable only by those who are explicitly permitted to view it. The awarded Statewide FI will maintain and retain all programmatic records, supporting documents, statistical record and other records related to the performance of the FI contract for a minimum of six (6) years from the expiration of the contract. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements" **(Page 168)** |
| Security and Privacy Agreements | The awarded Statewide FI and subcontractors may be required to execute a number of security and privacy agreements, including but not limited to a Data Use Agreements and/or Business Associate Agreements. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements" **(Page 168)** |

| | | |
|---|---|---|
| Safeguards | The awarded Statewide FI will implement and maintain plans, procedures, policies, internal controls, and appropriate administrative, technical, and physical safeguards, consistent with applicable laws and rules to ensure the security, confidentiality, integrity, and availability of personal identifiable information and protected health information (collectively referred to herein as "Protected Information") created, collected, used, transferred, and/or disclosed by the awarded Statewide FI. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements" **(Page 168)** |
| Safeguards | At a minimum, such plans, procedures, policies, internal controls, and appropriate administrative, technical, and physical safeguards shall address:<br>• The secure and confidential storage of hard copy and electronically stored information; | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Secure and Confidential Storage and Disclosure of Protected Information" **(Page 168)** |
| Safeguards | • Protected information is only used by or disclosed to those authorized to receive or view it; | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Secure and Confidential Storage and Disclosure of Protected Information" **(Page 168)** |
| Safeguards | • Protected information is protected against any reasonably anticipated threats or hazards to the confidentiality, integrity, and availability of such information; | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Protection Against Threats" **(Page 168)** |

| | | |
|---|---|---|
| Safeguards | • Protected information is protected against any reasonably anticipated uses or disclosures of such information that are not permitted or required by law; and | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Protection Against Disclosures" **(Page 169)** |
| Safeguards | • Protected information is securely destroyed or disposed of in an appropriate and reasonable manner and in accordance with retention schedules. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Secure Destroy and Disposal" **(Page 169)** |
| Data Privacy and Security Plans and Procedures | The Statewide FI is required to maintain and provide to the Department upon request their data privacy and security plans and procedures as well as a plan for meeting HIPAA requirements, including all plans as they relate to subcontractor work where applicable. Such plans should contain procedures to periodically assess, and update the security controls and related system risks to ensure the continued effectiveness of those controls. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Data Privacy and Security Plans and Procedures" **(Page 169)** |
| Breach of Privacy Notification | The awarded Statewide FI must notify DOH immediately if any breach of privacy or confidentiality occurs. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Breach of Privacy Notification" **(Page 170)** |
| Fully Trained Staff | The awarded Statewide FI will develop and maintain adequate fully trained staff to respond to all stakeholder inquiries while protecting confidentiality and maintaining the security and integrity of all systems. Staff must be trained to understand and observe requirements related to confidentiality and operating guidelines for functions included in this RFP. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "Fully Trained Staff" **(Page 170)** |

| | | |
|---|---|---|
| New York State Security Policy and Standards | The awarded Statewide FI must ensure that it is in compliance with all applicable New York State security policies and standards defined in the New York State ITS security policies and standards (http://its.ny.gov/eiso/policies/security), including, but not limited to:<br>• NYS-P03-002 – Information Security Policy,<br>• NYS-P10-006 – Identity Assurance Policy,<br>• NYS-S13-001 – Secure System Development Life Cycle Standard,<br>• NYS-S13-002 – Secure Coding Standard (if applicable),<br>• NYS-S13-004 – Identity Assurance Standard,<br>• NYS-S14-003 – Information Security Controls Standard,<br>• NYS-S14-005 – Security Logging Standard,<br>• NYS-S14-007 – Encryption Standard,<br>• NYS-S15-008 – Secure Configuration Standard,<br>• NYS-S14-013 – Account Management / Access Control Standard,<br>• NYS-S15-001 – Patch Management Standard (if applicable), and<br>• NYS-S15-002 – Vulnerability Scanning Standard. | Section 6.2.F.5, F.5.4.9 "Privacy, Security and Confidentiality Requirements", "New York State Security Policy and Standards"<br>**(Page 170)** |

| | | |
|---|---|---|
| 4.10 Transition Requirements | Initial Transition: The contractor will be required to transition all consumers and their personal assistants from their current fiscal intermediaries to the Statewide Fiscal Intermediary. For the purposes of Section 5.4.3, Initial Transition Activities are Limited to:<br>- Executing agreements with subcontractors and managed care plans;<br>- Contacting every managed care plan and Local Department of Social Services to determine the<br>consumers that need to be transitioned and the fiscal intermediaries they currently work with;<br>- Contacting each consumer to educate them about the transition;<br>- Assisting consumers with educating their personal assistants about the transition;<br>- Hosting in-person or virtual informational sessions to provide information about the transition in a culturally competent manner;<br>- Onboarding personal assistants including enrolling in direct deposit and transferring documentation from the current fiscal intermediary;<br>- Specialized assistance for vulnerable subpopulations, e.g., people with disabilities, children, and limited English proficiency;<br>- Developing and disseminating of any other public information relevant to the consumers, personal assistants, managed care plans, and Local Departments of Social Services | Section 6.2.F.5, F.5.4.10 "Transition Requirements" **(Page 171)** |
| 4.10 Transition Requirements | Upon award, the selected Statewide Fiscal Intermediary will be required to share an itemized transition plan with the Department. | Section 6.2.F.5, F.5.4.10 "Transition Requirements" **(Page 174)** |
| 4.10 Transition Requirements | Per Section 4.0 of the RFP, subcontractors may assist with the transition provided the subcontracted responsibilities are permitted by the contract | Section 6.2.F.3 "Core SFI Partnership to Ensure Equitable CDPAP Access Statewide" **(Page 172)** |

| | | |
|---|---|---|
| 4.10 Transition Requirements | The PMPM will be paid only for those consumers fully transitioned to the Statewide FI by the end of each month. See Section 5.4 for additional Payment terms. | Section 6.2.F.5, 4.10 "Transition Requirements" **(Page 171)** |
| Transition-Out | The transition-out represents a period when the current contract activities performed by the awarded Statewide FI must be turned over to the Department, another Department agent, or successor awarded Statewide FI during or at the end of the contract. | Section 6.2.F.5, 4.10 "Transition Requirements" **(Page 175)** |
| Transition-Out | In addition to complying with the transition requirements provided in § 365-f (4-d) and any directives or guidance the Department may issue to facilitate a transition, the awarded Statewide FI and its subcontractors shall generally ensure that any transition to the Department, Departmental agent, or successor Statewide FI be done in a way that provides the Department with uninterrupted FI administrative functions and responsibilities as currently required under statute and regulation for FI services. | Section 6.2.F.5, F.5.4.10 "Transition Requirements" **(Page 174)** |
| Transition-Out | This includes a complete and total transfer of all data, files, reports, and records generated from the inception of the contract through the end of the contract to the Department or another Department agent should that be required during or upon expiration of its contract. | Section 6.2.F.5, F.5.4.10 "Transition Requirements" **(Page 175)** |
| Transition-Out | The awarded Statewide FI shall manage and maintain the appropriate number of staff to meet all requirements during the transition. | Section 6.2.F.3 "Local Presence" **(Page 78)** |
| Transition-Out | All reporting and record requirements, security standards, and performance standards are still in effect during the transition period. | Section 6.2.F.5, F.5.4.10 "Core Elements of PPL's Initial Transition Plan" **(Page 171)** |

| | | |
|---|---|---|
| Transition-Out | The awarded Statewide FI is required to develop a work plan and timeline to securely and smoothly transfer any data and records generated from the inception of the Contract through the end of the contract to the Department or another Departmental agent should that be required during or upon expiration of its contract. The plan and documentation must be submitted to the Department no later than six (6) months before the last day of its contract with the Department of Health or upon request of the Department. | Section 6.2.F.5, 4.10 "Transition Requirements" **(Page 175)** |



# 6.2.F.1 Required Fiscal Intermediary Scope of Work

# F.1 Required Fiscal Intermediary Scope of Work

## Ability and Experience Providing FI Services

*1. Bidders should describe their ability and experience with providing, or how they are qualified to provide, the FI services defined by SSL § 365-f (4-a)(a)(ii) and 18 NYCRR § 505.28(j), including the list below.*

PPL was founded in 1999 as a Fiscal Intermediary (FI) with a singular mission— to make consumer-directed and whole person care accessible to all who need it. Over the past 25 years, through our ability to scale our operations and technologies, while providing superior service in a person-centered way, consistent with the hallmarks for the consumer-directed model, we have grown to be the national leader for FI services. Consumer direction is our sole focus. We work tirelessly to enhance our offerings for the benefit of our clients and their consumers. Nationally, we provide services in 21 states for 50 different programs (**Exhibit F.1-1**).

**Exhibit F.1-1: PPL's National Client Portfolio**

*We have experience working with many types of populations throughout the United States.*



Of the states we serve, we are the statewide FI in 15 **(Exhibit F.1-2)**, accounting for over 90% of our portfolio:

**Exhibit F.1-2: Our Statewide Clients**

*We are the statewide FI in 15 states, representing more than 71 % of our portfolio.*

- Alabama
- Arkansas
- Arizona
- California
- Colorado
- Florida
- Indiana
- Massachusetts
- Maryland
- Michigan
- New Jersey
- Ohio
- Oregon
- Pennsylvania
- Virginia

Corporate Capacity

[redacted] We can support these processing volumes and more through our proprietary end-to-end information technology systems that include our integrated Electronic Visit Verification (EVV) timekeeping application. Our corporate capacity, domain expertise, and consistency are why we have remained the statewide FI in many states for over a decade.

[redacted]

We have consistently maintained an "A" Better Business Bureau© rating due to our ability to consistently provide payroll services as well as our ability to provide responses to our customers that are timely and complete. [redacted]

This financial backing is a material condition of the Contract, and it underscores our readiness and capacity to fulfill all contractual obligations. This assurance, combined with our in-house, end-to-end payroll processing capabilities, enables us to efficiently meet all FI payment responsibilities outlined in the RFP scope of work, delivering full financial reporting and transparency.

Our commitment to financial stability further supported by our tax compliance team, who maintain a stellar record of timely and accurate withholdings, filings, and payments of Personal Assistant taxes in accordance with state and Medicaid regulations. Our end-to-end payroll process is handled in-house, allowing us to efficiently fulfill all FI payment responsibilities outlined in the RFP scope of work and deliver full financial reporting and transparency.

> For 25 years, we have been the leader in providing compliant, person-centered FI services for hundreds of thousands of consumers and PAs.

We understand that the Statewide Fiscal Intermediary (SFI) selected as the joint employer for New York must have robust and proven processes and technologies to provide consistent FI services for the 250,000 consumers and their 400,000 PAs. Our extensive experience, proven and scalable model, purpose-built technology, and differentiated corporate capacity are evidence that we can scale FI operations and are qualified to deliver the FI services described in this scope of work. Through our months of meetings with current FIs and other CDPAP stakeholders, we understand the challenges New York is facing regarding issues like EVV compliance, overtime payments, comprehensive oversight, and fraud, waste, and abuse; we are prepared to address these issues with the best practices we developed with our partners and then resolve and standardized the processes throughout the state.

## Wage and Benefits Processing

*a) Processing wages and benefits for each personal assistant (PA), including establishing the amount of each PA's wages;*

We process wages and benefits for each PA through our integrated end-to-end technology solution, facilitated by our highly qualified payroll team. Our payroll and tax compliance teams bring decades of experience processing wages and benefits for direct care workers in consumer directed options. The teams are also experts in processing payments per Medicaid regulations and in compliance with all Office of Medicaid Inspector General (OMIG) requirements. PA payments start with shift entry and approval through our 21st Century Cures Act-compliant EVV solution, *Time4Care*®. The *Time4Care* mobile application is fully integrated with our payroll processing application, which also stores consumer service authorizations. This integration ensures all submitted hours are authorized and provides consolidated data reporting to our clients on service utilization. The system also calculates the billable rates for PA hours for service claiming. The systems are operated and managed by our payroll team consisting of Certified Payroll Professionals, Certified Public Accountants (CPAs), and IRS Enrolled Agents (EAs) with established relationships with the IRS, and state and local agencies, who oversee our operational integrity and tax reporting compliance.

[redacted] Each payroll batch receives validations on total wages and tax withholding amounts by the payroll compliance team prior to release. This logic minimizes service claim submissions to systems like eMedNY and through Electronic Data Interchange (EDI) to MCOs/MLTCs, ensuring fiscal integrity of CDPAP services.

> "We know your organization has an understanding of how to support consumers and the personal assistants who make this program work. – 1199SEIU"

During the implementation period, our payroll and benefits processing system will be configured to New York State employer requirements. We will establish CDPAP payment schedules that comply with New York State law for timely payment and offer payment

through check, direct deposit, and debit card with no transaction fees. PAs will have access to our online portal for all payment details, year-to-date earnings, as well as withholdings and benefits contributions, as shown in **Exhibit F.1-3.**

[redacted]

With over 25 years of FI experience, we have significant expertise in personal care services rate and wage setting. We understand the current New York fee-for-service (FFS) and MLTC rate setting processes. We also understand and respect that there are fair and equitable costs associated with each service hour delivered, and that the FI needs to operate with financial integrity. To this end, our management team has been in regular discussions with 1199SEIU East to establish a collaborative working relationship and ensure we hear the voice of the home care workforce.

We fully understand and appreciate the value of the PA workforce and will engage in collective bargaining discussions for unionized PAs and strive to keep our administrative rates low to enhance PA wages and compensation. We are committed to providing DOH with full transparency on our wage setting calculations to provide assurance we apply only necessary withholding and operating costs to the billable rate.

## Applicable Income Tax Processing

*b) Processing all applicable income tax and other required wage withholdings including Social Security and federal, state, local income taxes;*

Our experience managing payroll as an FI for consumers who are self-directing their services includes filing and paying federal and state employment-related taxes. Our Tax Team develops a tax approach and compliance summary for each state and program that ensures we account for applicable Medicaid policies impacting tax withholding, such as the Difficulty of Care tax exclusion. The team is supported by our Senior Medicaid Policy Analyst, who will ensure policy that impacts payments to workers in consumer directed models, such as the Live-In Exemption and Difficulty of Care, are properly accounted for in system logic. Medicare, Social Security, state, and applicable local tax withholding amounts, in addition to associated benefits for PAs, are configured and validated. The PPL tax compliance team directly performs year-end tax filings and document distribution.

Our teams have proven they can complete high volume year-end tax filings, including the distribution of W-2s. We send the aggregate W-2 form data through a W-3 form. All forms are mailed and made available online through our web portal by the annual deadline (January 31st).

## Worker's Compensation, Disability, and Unemployment Compliance

*c) Complying with worker's compensation, disability and unemployment requirements;*

Our Human Resources and Financial Operations departments collaborate to administer our worker's compensation, disability, and unemployment benefits. Our long-standing Workers' Compensation benefits partner understands the consumer-directed model and the joint-employer relationship in CDPAP. Our shared understanding of this workforce model ensures that we have clearly defined policies and procedures for PAs on reporting Workers' Compensation claims and accompanying benefits. During the onboarding of the consumer and PA, we will provide a full explanation of the workers' compensation policy, provide contact information to use in the event of an injury, and explain reporting timeline requirements.

The CDPAP PA hiring materials will include information on short and long-term disability as well as policies and procedures for filing for unemployment, along with FAQs ensuring additional clarity around areas of frequent confusion. Our Human Resources team will be readily available to PAs to explain New York State unemployment policies, including the length of benefits (26 weeks) and that income from unemployment is still taxable on federal and state returns. The team also stays abreast of changes in the state, such as the

2023 change to New York law, which expands employers' obligation to inform employees of their right to apply for unemployment benefits. As a supplement to our Human Resources team, PAs can communicate with our dedicated Personal Assistant Support team, who will be available to answer any questions or concerns that PAs have following their onboarding.

## Health Status of Personal Assistants (PA)

*d) Ensuring the health status of each PA is assessed prior to service delivery pursuant to 10 NYCRR § 766.11(c) and (d) or any successor regulation;*

[redacted]

[redacted]

## Personnel Record Maintenance

*e) Maintaining personnel records for each PA, including time records and other documentation needed for wages and benefit processing and a copy of the medical documentation required above by 4.1(b), as well as documentation, where applicable, of completed background checks and completed training requirements;*

Our *PPL@Home* portal will be configured to the CDPAP hiring requirements for PAs, and all personnel records will be maintained electronically. Each PA will have a user profile in our portal that includes demographics, criminal background check, health assessment statuses, benefits selection and employment documents, including the USCIS Form I-9. Their profile includes a tax withholding section that maintains associated records including the IRS W-4 Federal Employee's Withholding Allowance Certificate. Documents are processed internally with information keyed into the portal. Scanned images are uploaded in PDF format maintained with all prior documentation.

PA criminal background check statuses and completed required trainings can also be maintained in the PA profile record, shown in **Exhibit F.1-4**. Our processing team verifies background checks results, keys them in our web portal, scans and uploads the documentation. Training documents are also verified and uploaded with all documents in .PDF version and maintained on an Azure cloud database. Our health assessment partner Mobile Health supports system integration to exchange health assessment data to ensure all statuses are current. We will integrate our web portal with Mobile Health to import health assessment results for PAs, ensuring all information is current and accurate. The PA profile values based on documentation completion, passing background checks and current health assessment are configured in our *Good-to-Pay* logic to ensure all payments are fully compliant.

[redacted]

## Consumer Record Maintenance

*f) Maintaining records for each consumer including copies of Local Departments of Social Services' (LDSS') or Managed Care Organization's (MCO's) service authorizations or reauthorizations;*

[redacted]

[redacted]

## Ability to Fulfill Consumer Responsibilities

*g) Monitoring the consumer's (or if applicable, the consumer's designated representative's) continuing ability to fulfill the consumer's responsibilities under CDPAP and promptly notifying the authorizing entity (i.e., the LDSS or MCO) of any circumstance that may affect the consumer's (or if applicable, the consumer's designated representative's) ability to fulfill those responsibilities;*

Our goal to position the consumer for success starts with a comprehensive onboarding. Our New York-based Consumer Conversion and Onboarding Teams will be hired and trained to embrace our corporate values of empathy, integrity, and compassion. During onboarding, we will educate and provide tools that explain the role and responsibilities of the consumer, designated representative (when present), and their PAs in a joint-employment relationship. The consumer will leave the onboarding with easy-to-understand reference materials on key points to remember regarding PA supervision, EVV time verification, and who to call at PPL when they need assistance.

Our Consumer Support Team members will monitor consumers' time submissions, approvals, and PA payment dates to ensure consistent payroll processing. In addition to the mandatory reporting of Fraud, Waste, and Abuse and negligence, we will facilitate weekly reporting of consumers who have not met their responsibilities in the Program. [redacted]

Our Consumer Support staff will monitor these reports and conduct targeted outreach to provide the consumer, or the designated representative, with more training and guidance on the necessary actions. These reports will also be available to the LDSS or MCO/MLTC on a weekly basis. In addition, we monitor which individuals are frequent callers and will connect with them for additional education and support or identify if their issues are more severe and need further escalation. PPL offers monthly meetings with the LDSS and MCO/MLTC to review this data and discuss joint support approaches for consumers who routinely appear on the report and may be struggling to fulfill their obligations under the program. In these cases, we partner to develop a plan to get the consumer to better understand their roles and responsibilities so they can direct their services effectively. In certain cases, the consumer's circumstances may call for use of a designated

representative, or replacement their designated representative. Whatever the situation, the consumer and their representatives are provided with high level support and treated with professionalism and compassion with an aim towards resolving their concerns successfully.

We understand assuming the role of a joint employer and directly managing their service hours may be a new skill for CDPAP consumers or their designated representative. Our integrated technology ensures consumers have access to real-time information on their authorized and remaining service hours and that our New York based consumer support representatives have it on hand to review with consumers. Consumers and PAs exceeding their authorized hours are reported weekly to ensure timely follow-up can be provided and any changes in care needs can be readily communicated to the LDSS or MCO/MLTC. Through our CRM data and reported call types by consumer, we can also monitor and provide timely follow up on supervisory issues when chronic PA issues are reported.

## PA Reimbursement Agreements

*h) Entering into PA reimbursement agreements with MCOs for the provision of services;*

[redacted]. Our client success team brings decades of experience negotiating contracts, service agreements, and reimbursement rates with care plan management. Our team has extensive experience and knowledge of personal care reimbursement rate and wage setting in HCBS consumer directed models. We will assign NY-based MCO/MLTC account managers to be the primary point of contact during reimbursement agreement negotiations and who will monitor service claim submission and reimbursements.

## Department Approved Memoranda of Understanding

*i) Entering into a Department approved memoranda of understanding with Consumers that describes the parties' (Consumer, FI and LDSS or MCO as appropriate) responsibilities under CDPAP; and*

We have experience developing Memoranda of Understandings for individuals enrolling in a consumer directed option. We have reviewed comparable agreements for CDPAP, including the CDPAP Member/Designated Representative/MCO agreement, and will present our draft for DOH review and approval during the project design phase.

## Additional Services

*j) Any additional services required to be performed pursuant to regulations established by the Commissioner of Health specifying the responsibilities of FIs providing services under this title.*

We understand this requirement and commit to performing any additional services required pursuant to regulations established by the Commissioner of Health specifying the responsibilities of FIs providing services under this title.

## Consumer Responsibilities

*Fiscal Intermediaries are not responsible for, and fiscal intermediary services shall not include fulfillment of the responsibilities of the consumer. Responsibilities of the consumer (or designated representative) include items a-g.*

Consumers have distinct responsibilities outside of the joint employer role, as outlined in 4.1, Responsibilities of Consumers. We understand this differentiation; our systems and processes are established to support consumers in the role of joint employer.

# 2. Ability and Experience in Serving Members with Disabilities

*2. Describe the ability and experience the bidder has in serving members with disabilities.*

We have focused on serving Medicaid LTC populations across all disability types for over two decades. [redacted]. Our experience drives our culture and commitment to ensuring equal access to information and programming regardless of disability, and it is reflected in our staff, policies, and efforts to support each consumer in a person-centered way.

Our ability to effectively serve consumers with disabilities starts with our recruitment practices and spans our policies, procedures, and technologies. We recruit from local healthcare and social service industries, seeking local staff with demonstrated experience serving disabled populations in a range of capacities. Over 20% of PPL's staff self-reported a disability in 2024. Our New York-based consumer support staff includes former case managers and service coordinators, and our senior staff includes former Departments of Health and Human Services management.

Our experience not only comes from our long-term contracts providing similar services, but also from our team's personal experiences. Many of our employees have a deep connection with someone who has received services. Maria Perrin, who will serve as the General Manager for this contract, has crafted our unique participant outreach approach in ways that are accessible and culturally competent, based in part on her experience as a mother of a child on the autism spectrum. Maria's son received essential home-based services, and he is now a college graduate. Maria and her family credit his amazing therapists and services received that set him on the path to success.

**Maria Perrin and her son.** Maria understands the importance of the services provided by Fiscal Intermediaries.



To ensure our communications are appropriate for the disability community, our website and all online program information is compliant with the Americans with Disabilities Act (ADA) Guidance on Web Accessibility. Our support center staff is trained on supporting disabled consumers and all our written and verbal communications are at the fifth-grade level. Communication is conducted through a variety of methods including letters, emails, telephone calls, and various forms of technology, such as Teletypewriter (TTY). In this case, if consumers are using text telephones, a separate phone line will connect callers to the TTY system, enabling those with hearing and/or speech impairments to access services and assistance without issue. Alternative formats, such as large print for the visually impaired, and materials provided in different languages are also an option.

Our Consumer Advisory Committee, comprised of consumers participating in consumer direction programs (many of whom are disabled), provides feedback on many of our communications and tools to ensure they are audience appropriate. As outlined in **Section 6.2.F.2, "Best Practices,"** we will also form a New York-based Advisory Committee that will include stakeholders from organizations across the state as well as actual consumers.

[redacted]

[redacted]

For CDPAP, we have partnered with existing CDPAP FIs who currently serve the disability community and who will be our subcontractors. We have also established a working relationship with the Independent Living Centers that serve the state. We will pair our experience and capabilities serving the disability community with their NY-specific experience to offer an enhanced, disability-competent experience.

## 3. Ability and Experience to Provide Cultural and Linguistic Competencies

*3. Describe the ability and experience of the bidder to provide cultural and linguistic competencies that reflect the needs of the consumers they propose to serve.*

Our highest priority is maintaining an enhanced level of cultural sensitivity in all that we do. Today, we work with several programs with a diverse base of consumers and PAs. For example, California and New Jersey, where there are 220 and 150 languages spoken, respectively, and Florida, where more than 21% of the population was born outside of the United States. Our approach considers cultural background, religion, education level, primary language, geography, and other personal characteristics of consumers and PAs. We know that having a personalized experience only enhances the outcomes of consumer direction and makes the program operate more effectively. We are committed to implementing and upholding operational approaches that provide the cultural and linguistic competencies needed to serve the diverse consumers and PAs in NY.

To support a diverse base of stakeholders, all our consumer- and PA-facing systems, including *PPL@Home*, *Time4Care*, and the PPL company website are compliant with the guidelines provided by the Web Content Accessibility Guidelines (WCAG), offering 130 translations as well as accessibility options to suit varying needs of assistance. Should a member require a language that is not covered by our standard systems, we also offer a language line which offers over 300 languages and dialects.

We prepare communications that are appropriate for the community. As an example, in California, we launched our "Did You Know" campaign in multiple languages to share

information about the program on social media platforms. **Exhibit F.1-6** is an example of how a similar approach would be used in NY to educate on the transition to PPL.

[redacted]

Cultural & Language Competency

Further, our fotonovelas (a traditional print medium found in Mexico, Latin America, and the Caribbean), are similar in format to that of a comic book (**Exhibit F.1-7**). These popular communications are shared at community events, digitally through our social media channels, and through Hispanic and Asian/Pacific Islander publications. The fotonovelas are an example of our experience in meeting people where they are and finding effective ways to educate consumers and PAs regardless of their cultural background or primary language. We recognize that all communication or communication materials are subject to DOH's guidance and directives.

[redacted]

Our tools and nationwide experience, especially our work in diverse states, have equipped us with a deep understanding of the challenges involved in connecting with disabled and culturally diverse populations, and an ability to solve the challenge. Our expertise starts with our approach to hiring, training, and supporting our team.

[redacted]

We continue to emphasize diverse recruitment and hiring to ensure we can deliver services that meet the needs of all the demographics we serve. While some vendors may say that they have over 1,000 employees, often many of those employees include care workers who do not hold an administrative role in the organization. We have roughly 1,000 employees who are solely dedicated to the FI administration of consumer-directed services, including the development and management of our technology systems, our client engagement, our best-in-class customer service, and our payroll and financial administration teams. Our workforce is comprised of 17% Hispanic or Latino, 19% Black or African American, 30% white and 9% Asian with the remaining representing Native American (0.5%), two or more races, or unreported. Almost 60% of our staff are under the age of 40 years, while ~40% are over 40 years old, and our existing organization includes individuals who can communicate

fluently in at least one of 36 different languages (other than English). Our cultural, linguistic, and generationally diverse team is our organization's strongest asset.

Most PPL employees come to work for the organization because they are committed to the mission and have been personally impacted by these programs. Our team employs a compassionate and knowledgeable approach to helping consumers and their PAs throughout their engagement with the programs and it is in their nature to abide by Diversity, Equity, Inclusion, and Accessibility principles. [redacted]

In addition to our PPL team, we have partnered with existing CDPAP FIs that are currently serving communities and that have specific cultural, linguistic, and religious needs. We will pair our experience and capabilities serving diverse communities with our subcontractors' NY-specific experience to offer an enhanced, culturally, and linguistically competent experience.

# Scope of Work (RFP Section 4.0)

Per Answers to Questions, the response to Question 824 states," As stated in Section 6.2.f, "The technical proposal should provide satisfactory evidence of the bidder's ability to meet, and expressly respond to, each requirement of and information requested in this RFP in section 4.0.". As such, bidders should include responses in the format requested in Section 6.2, while addressing all aspects of Section 4.0 of the RFP. "

## 4.3 Fiscal Intermediary Employment Related Responsibilities and Joint Employment Requirements

### Ensuring Full and Timely Payment of Wages

Our teams are responsible for the full and timely payment of wages and process all payroll in-house using our proprietary FMS management system. It is configured and compliance-tested to properly calculate payroll amounts in accordance with DOH requirements. Each claim is fully reconciled against the consumer approved and date stamped EVV-compliant time entry. Our system is also configured and compliance-tested for all federal and state tax and withholding amounts. All calculated amounts are adjusted for taxes prior to being deducted from the consumer's approved budget.

### Maintaining all Documentation to Process Taxes

All relevant tax documentation and forms are securely stored in our *PPL@Home* web portal. Our enrollment and employment packets will include all necessary IRS and New York State tax forms and FICA exemption information. PPL establishes a segregated FEIN for each new program under our financial management services for aggregated employer tax filings to ensure we are identified as the employer of record. These forms include:

- I-9 Employment Eligibility Verification
- NYS 100 Registration for Unemployment Insurance Withholding Tax and Wage Reporting
- W-4 Federal Employee's withholding Allowance Certificate
- IT-2104 State Employee's Withholding Allowance Certificate

Completion of these forms during onboarding is critical in order to complete timely and accurate payment. Should any information be missing or incomplete, our system will automatically 'pend' the payment until complete and accurate information is provided.

### Tabulating Appropriate Hours

With our fully integrated and flexible technology offering, all PA hours worked are logged within a unique user profile in our *Time4Care* mobile application. In the event that multiple PAs are providing services for a single consumer, or if multiple consumers are receiving services from a single PA, our system will analyze hours based on the unique user profile and calculate the hours by earned period based on the established payroll schedule.

### Reporting Wages Paid and Taxes Withheld

Our teams will directly perform year-end tax filings and document distribution and have proven they can complete high processing volumes including the distribution of W-2s, Wage and Tax Statement, and Form NYS-45, which can also be accessed within the PA's web portal profile. To prepare the required W-2 data, we use the payroll module within our FMS, which has been customized to file in accordance with IRS Rev, Proc. 70-6, Notice 2013-39 for household employers.

### Maintaining and Making Available to the Consumer Information Detailing Wage Rates and Benefits

In our role as the SFI, we will maintain an up-to-date database that details the wage rates and benefits for all Personal Assistants (PAs). This information will be readily accessible to consumers through our secure online portal. Regular updates will ensure that consumers have the most current information to make informed decisions.

### Auditing Consumers' PA Billing Records

We will implement a robust auditing system to regularly review Consumers' PA billing records. Our process includes automated checks for accuracy, as well as manual reviews to identify and resolve any discrepancies or anomalies. This ensures compliance with all relevant guidelines and protects against potential billing errors or fraud.

### Processing Termination Documentation

When we receive notification that we no longer need to act as an agent for the consumer or PA, we will complete all final tax deposits and file all necessary documentation with the IRS to revoke our authorization over the EIN. To process the revocation of FEINs in a timely manner, we rely on communication from the consumer as soon as knowledge is received that the client will no longer be utilizing our services.

### Processing Wage Verification, Paid Family Leave, and Family Medical Leave Act Claims

Our team is well-equipped to efficiently handle wage verification requests, as well as claims related to Paid Family Leave (PFL) and the Family Medical Leave Act (FMLA). We will streamline these processes to ensure timely responses and accurate processing, minimizing any disruptions to the Consumer or PA. Our dedicated staff will manage these tasks with precision, adhering to all legal and regulatory requirements.

## 4.4 Statewide Fiscal Intermediary Compliance Requirements

PPL has thoroughly reviewed all statewide fiscal intermediary compliance requirements as specified in the RFP and agrees to comply with the following laws and regulations:

- N.Y Soc. Servs Law § 365-f and any successor law or laws;
- 18 N.Y. Code Rules and Regulations § 505.28 and any successor rule or rules;
- 18 N.Y. Code Rules and Regulations Part 504, including but not limited to § 504.3 that specify the responsibilities of providers enrolled in Medicaid and any successor rule or rules;
- N.Y. Pub. Health Law § 3614-c (Wage Parity) and any successor law or laws;
- State and federal labor laws, including laws pertaining to overtime pay; and
- Wage and labor agreements, including union contracts and collective bargaining agreements.

Additionally, we can confirm that we will, at the time of award and contract, be enrolled as a CDPAP-FI enrolled Medicaid provider. As described in detail in section 6.2.F.6, our proprietary timekeeping mobile application *Time4Care* is EVV-compliant and adheres to all rules set by the 21st Century Cures Act.

## Summary

Our experience and capabilities in providing FI services for consumer direction programs is unmatched. Throughout our 25 years in business, our commitment to the success of these programs has been unwavering. Because FI services for consumer direction is our sole focus, we approach our work as a long-term committed partner to our clients, consumers, and PAs. We make significant annual investments in people and technology, work countless hours with community partners, and operate with flexibility and transparency to make the programs the best they can be. As an existing partner to the New York DOH, we look forward to expanding our partnership to consolidate and simplify your CDPAP operations

across the state, and make the program efficient and effective, while continuing to provide essential services to the community.

We have executed more than 60 complex transitions and implementations of consumer direction programs and have the proven ability to manage statewide programs. Many of our statewide contracts have been in operation for over a decade, and some for more than two decades, which is a testament to our ability to adapt to changing requirements while providing valuable, continuous services.

While the CDPAP transition will be highly complex and at an unprecedented scale, we are prepared to execute the transition. Our approach leverages our deep expertise of consumer direction programs, highly rated technology, a knowledgeable diverse staff that is culturally and disability competent, and a team of existing CDPAP FIs and stakeholder groups that will work with us to ensure the transition meets the needs of the state's consumers and PAs. Our implementation and operational plan will reduce major pain points of the current program including fraud, waste, abuse, and the lack of transparency. Our purpose-built technology and processes are successful in mitigating potential fraud, waste, and abuse through integrated checks and balances, including outlier analysis, comparative statistics, and a program integrity oversight team that is trained to identify risks. We have the capability and experience to provide transparency through our ability to aggregate data across the program and provide DOH with information and key metrics to understand the impact of the program and identify areas of opportunity.

In the past four months, we have met with more than 100 CDPAP stakeholders, many of which have become our teaming partners or have agreed to work with us on the transition. We have worked with employee unions including SEIU for decades and have a strong working relationship with 1199SEIU. We have existing relationships and are interoperable with many CDPAP partners including several national MCOs, EVV aggregators, and others. We are experienced in quickly establishing Electronic Data Interchanges (EDIs) and Standard Operating Procedures (SOPs). Our strategic partnerships with several existing CDPAP FIs emphasizes our focus on partnership for the benefit of consumers and will facilitate a seamless transition for consumers and their PAs as we work with DOH to implement PPL as the SFI.

Importantly, we are prepared to work with DOH and all CDPAP stakeholders to implement and operate a transitioned program with the least amount of disruption to consumers and PAs, while meeting DOH's goals of more control and transparency, less fraud, waste, and abuse, and better outcomes overall.

# 6.2.F.2 Best Practices



# F.2. Best Practices

## Creative Approaches

*Best Practices*
*1. Describe how, in carrying out the specific duties described in Section 4.0, the bidder plans to implement any creative approaches (see Section 4.2 for specific examples) in delivering high quality FI services that best meet the needs of consumers.*

Our national experience, combined with our New York Strategic Partnership Alliance (SPA) collective expertise, will ensure that we can provide the most creative and comprehensive solutions to meet the needs of the consumers. We will implement our best practices across two crucial service delivery areas: Implementation and Multi-Pronged Support for Consumers and Personal Assistants (PAs). Specific Best Practices as identified by the RFP requirement are designated with a key symbol:

[redacted]

[redacted]

[redacted]

### 3. Consumer Advisory Committee

**Benefit to New York:** *Enables PPL and DOH to stay abreast of, and address, program dynamics, and concerns*.




Engaging with stakeholders is critical to the success of our implementation and throughout the life of the contract. We currently have a National Consumer Advisory Board as well as several individual boards within states where we are the contracted FI. To create our New York Advisory Committee, we will survey the Independent Living Centers (ILCs) and our FI partners to identify CDPAP consumers who have demonstrated advocacy and are productive members of the consumer-directed community for the betterment of the option. Our selection process will ensure that we have a highly diverse group that spans varying ages, nationalities, disabilities, genders, sexual orientation, languages, religious preferences, and locations within the state. As with our current national and state-based consumer advisory boards, we will solicit their feedback on technology, communications, and other operational aspects of the program to enhance operations. Across the MCOs/MLTCs, we will identify the home and community-based services management team members and solicit recommendations for managers, supervisors, or care managers with an interest in serving on the Committee.

[redacted]

[redacted]

## Multi-Pronged Support for Consumers and Personal Assistants (PA)

We understand and respect the principles of consumer direction and that, in a joint employer model, performing this orientation is a shared responsibility between the consumer and the FI. To prepare the consumer for their role as an employer with us, our **locally-based** team will facilitate an initial conversation with the consumer where we will review roles and responsibilities and inquire about their desired level of support when orienting their PA(s).

As your partner in the **joint employment model**, we consider these six initiatives as best practices in assisting and educating consumers and PAs.

[redacted]

[redacted]

### 2. In-Home Visits:

**Benefit to New York:** ***Consumers needing in-home support receive it.***

While the COVID-19 pandemic drove a high degree of behavioral changes and preferences regarding virtual meetings over in-home visitation for administration support, home visits can provide essential support for some consumers. We recommend DOH consider this option for the program. Today, we support consumers virtually and in their home when needed. We understand the broad range of needs across the CDPAP population, and we will work with DOH, our FI subcontractor partners, LDSS, and MCO/MLTC partners to identify and ensure our approach to support is consumer centric.

### 3. Peer Supports

**Benefit to New York:** ***Vulnerable citizens will not be left behind in the transition.***

Honoring cultural differences through understanding and respect is what makes us different — we create a more inclusive and responsive service that empowers all individuals to achieve their personal program goals and maintain their cultural identities.

Our team has been working with state advocacy groups to cultivate a peer support network that will inform our communications, provide forums for information sharing, and prepare our staff for appropriately servicing New York's many diverse communities. We will

collaborate with our FI partners to identify CDPAP peer support leaders, both consumers and PAs, specifically those who have been active partners with their FI in improving program policies and procedures, as well as individuals who can provide a voice for the many cultural, religious, and disability-impacted groups. Integrating cultural diversity into delivery ensures that services and supports are tailored to meet the unique needs and preferences of individuals from varied backgrounds. This approach enhances the effectiveness of care, promotes equity, and improves consumer satisfaction. The peer support network will also evaluate both regulations and best practices issued by the *CMS Office of Minority Health* to better serve the CDPAP program.

Recognizing the efforts of the state of New York, the New York DOH, the New York State Council on Developmental Disabilities, and other CDPAP stakeholders who have worked to incorporate cultural competency into the Medicaid program and the services provided under it, we will continue to evolve with the necessity to ensure that FIs, consumers, and PAs have the proper tools to communicate and actively listen with one another to ensure services are being provided properly.

## 4. Face-to-Face Program Orientation (Personal Assistants)

**Benefit to New York:** ***Improve understanding of program and new hire information, contributing to a seamless transition.***

During our onboarding process, existing PAs will have an easy-to-access orientation program that begins with an on-line, face-to-face meeting. This on-line, face-to-face delivery of PPL's processes and the joint employment model will help ensure the comprehension and retention of material. Besides operational process and compliance information, PAs are provided with cultural and linguistic competency training using customized components from the U.S. Department of Health & Human Services *Guide to Providing Effective Communications and Language Assistance Services*. These educational face-to-face meetings can be recorded and replayed by the PA as needed to refresh and reinforce the information.

## 5. Electronic Communication and ADA Compliant Website




**Benefit to New York:** ***Enhanced accessibility and inclusivity, ensuring all individuals can easily access and benefit from NY's program and services.***

We recognize the importance of a robust digital presence that distributes information about the program in an easily digestible way. Our program-specific websites offer multilingual support and accessibility features. Our website is compliant with Section 508 of the Americans with Disabilities Act (ADA) and users can select

from more than 130 languages and dialects to ensure all consumers and PAs have equal access to information. The website contains an accessibility widget that allows the user to adjust font size and/or contrast and provides an embedded screen reader and other options to enhance readability.

We use our program-specific website pages to provide consumers and PAs with essential program information regarding roles and responsibilities. We include an FAQ page to address emerging and continued questions that arise, display visual process flows for enrollment and hiring, and provide options for additional support (e.g., peer support groups). Our corporate website, and all supported program sites, include information on our hours of operation and methods for communicating, such as phone numbers, teletypewriter (TTY) for the hearing impaired, and a designated email to report and/or resolve complaint and answer inquiries. In addition to our corporate website, we also have a robust digital presence on Facebook, X, Instagram, and LinkedIn. We leverage social media to reach communities with specific language and cultural needs and offer a variety of formats to ensure inclusivity such as video, podcasts, digital information sheets, and shortform, highly visual communications. All digital communications are at a fifth-grade reading level.

[redacted]

[redacted]



# 6.2.F.3 Fiscal Intermediary Organizational Requirements

# F.3. Fiscal Intermediary Organizational Requirements

## 1. Ability to Serve Consumers Statewide

Provide responses for the following: 1. Describe how the FI is willing and able to serve any consumer statewide.

To ensure we successfully serve all consumers statewide, our Executive Leadership Team (ELT) has engaged with more than 100 existing CDPAP stakeholders and identified 31 current FIs to be part of our *Strategic Partnership Alliance*. These FIs cover all 62 counties in New York State. Over the last four months, our ELT has met with 11 Independent Living Centers (ILCs), the New York Association on Aging, the New York Foundation for Senior Citizens, Westchester Disabled on the Move, Visions (services for the blind and hearing impaired), and numerous other advocacy groups, along with more than 40 FIs. This collaboration has allowed us to develop a strategic plan for the CDPAP program that addresses the needs of the DOH and the consumers.

Corporate Capacity

Our Strategic Partnership Alliance is designed to maintain consumer choice, statewide capacity, and cultural competency. By establishing strategic partnerships with existing high-quality FIs who will serve as subcontractors, we will provide continuity and robust support throughout the program transition. These partners have provided valuable insights into the unique needs of the CDPAP consumer base, aiding in the development of our tactical implementation plan. [redacted] By collaborating with these experienced FIs, we significantly enhance our physical footprint for on-site support, increase our capacity for in-home visits when necessary, and ensure that consumers across all counties are appropriately served.

### Partnership with New York Association on Independent Living to Ensure Equitable CDPAP Access and Best Practice Deployment Statewide

Across the country, we maintain a long-standing partnership with the National Centers for Independent Living and look forward to expanding our relationship with the New York Association. We are committed to working closely with the Executive Director of the New

York Association on Independent Living (ILC) and the Presidents of the 11 ILCs providing FI services in the state to ensure a smooth transition and to deliver high-quality services.

We recognize and respect that the ILCs are crucial to preserving the CDPAP as a consumer-directed model, empowering consumers to age with dignity in their own homes. Our technologies will be seamlessly integrated with the ILC's existing systems to maintain full-scope FI services. All data, including consumer, PA, and payroll information, will be consolidated into our single and secure CDPAP data warehouse. We aim to share best practices and support ILCs in expanding their CDPAP consumer base.

## Core SFI Partnership to Ensure Equitable CDPAP Access Statewide

I ❤ NY
Committed Partner to New York

Regional FI collaborations are crucial to preserving the CDPAP model, which empowers consumers with choice and control to age with dignity in their own homes and communities. Our advanced technologies can interface with existing systems, ensuring secure and seamless integration, and continued full-scope FI services. We are pleased to present our Regional FI partners in New York and highlight their breadth of experience below.

[redacted]

[redacted]

## Knowledge, Experience, Willingness and Ability to Convert to the SFI Model

The conversion to an SFI model is both large and complex due to multiple factors including the overall size, cultural, and geographic diversity. While we have the organizational capacity, experience with transitions, and ability to serve in the statewide SFI role, we know that having knowledgeable partners who are familiar with the CDPAP only enhances our ability to succeed and be the best partner to DOH. We also know that the right SFI model and transition plan must include and be planned in partnership with these leading FIs.

### Strategic Partnership Alliance

To further ensure FI services are accessible statewide, and to facilitate a seamless transition, we offer a network of additional partners focused geographically and culturally, and who serve individuals of all disability types. These FIs have maintained exemplary track records of compliance serving both Human Resource Administration (HRS) and Managed Long-Term Care (MLTC) consumers. Many of these were designated as Lead FIs in 2020 through the prior CDPAP procurement process and they shared our values and commitment to ensuring a smooth transition. They are part of our implementation plan and we have confirmed their capacity for enrollment support during the transition. We believe each will add value and further ensure the CDPAP transition is well informed, resourced, and successful. Each FI was evaluated on the following attributes:

- **Experience and Expertise**. Each subcontractor has a proven track record of success in providing CDPAP services and has demonstrated expertise in serving diverse consumer populations.
- **Geographic Coverage.** Subcontractors were selected to ensure comprehensive coverage across the state, including urban, suburban, and rural areas.
- **Cultural Competency.** We prioritized partners who have experience serving culturally and linguistically diverse populations, ensuring that all consumers receive culturally competent care.

- **Commitment to Quality**. Subcontractors were chosen for their commitment to high standards of service quality and consumer satisfaction.
- **Capacity and Scalability.** We selected partners who have the capacity to support many consumers and can scale their services as needed to meet increasing demand.

[redacted]

[redacted]

Case 1:25-cv-00868-AJB-DJS Document 95-17 Filed 08/12/26 Page 79 of 204

[redacted]

[redacted]

After submission of this proposal, we will continue to meet with quality FIs and expand the team with the goal of covering more than 25% of the current CDPAP consumers through the Strategic Partnership Alliance. We understand that there are some current FIs raising their concerns to DOH and other state stakeholders about this procurement. We are actively meeting with FI advocacy groups that represent these concerned organizations in hopes of providing them with an avenue to continue their operations as a subcontractor. In partnership with DOH, our goal is to find a way for the program stakeholders to work together to make the transition successful.

Additional FIs will undergo the same vetting process by our Executive Leadership Team and will be required to have the same exemplary track records as those who have already shared their willingness and ability to ensure statewide coverage and operational integrity.

## 2. Local Presence

**2. Describe how the FI plans to maintain a local presence that ensures the awarded Statewide FI can effectively and timely deliver the services required by Section 4.0.**

Our plan to build and maintain a local presence in New York is a powerful top-down approach. [redacted]

[redacted] Our leadership team's deep expertise and local knowledge further demonstrate our dedication to making this transition successful for all stakeholders involved.

[redacted]

Our Strategic Partnership Alliance approach will also enable us to keep locally known and staffed office space (**Exhibit F-3.2**).[redacted] We certify that all physical locations, will, at a minimum, satisfy the 2010 Americans with Disabilities Act Standards for Accessible Design (ADA) and meet all state and municipal building codes. In satisfying this standard, the location's accessible features will include path of travel, restrooms, and meeting spaces. The location will provide at least one "family assistance" restroom to allow a person to receive assistance. Parking will comply with ADA standards, and with New York law (i.e., all accessible parking spaces will be van accessible).

[redacted]

# 3. Effective Organizational Structure

**3. Describe how the FI has and will maintain an effective organizational structure with qualified administrative staff to deliver all the services of the Statewide FI.**

As a large and tenured organization, we are well-versed in hiring, organizing, and maintaining operational effectiveness and efficiencies. [redacted]

To deliver on our commitment to transition the existing CDPAP consumers and PAs, we have outlined a multi-faceted approach to attract, engage, train, and retain qualified administrative staff to provide services. We have developed a comprehensive New York organization chart to serve as a blueprint for building the team to lead the successful and timely delivery of services. In addition to our in-house recruiting team, we will leverage our relationships with New York-based and national recruitment agencies to assist with our high-volume hiring strategy. We have identified more than 50 unique positions and the related minimum qualifications necessary to support the successful transition and on-going performance of this contract **(Exhibit F.3-5).** These job openings will be marketed in multiple languages through both traditional channels (i.e., PPL's website and external career platforms) as well as throughout local community resources (i.e., colleges/ universities, trade schools, recruiting agencies, SEIU office, unemployment offices, community centers, etc.), using best practice techniques to target New York-based job seekers, including:

I ♥ NY
Committed Partner to New York

[redacted]

[redacted]

**Exhibit F.3-3: Counties with the most CDPAP PAs**
*We will target our hiring efforts in these communities.*

| County | Number of Personal Assistants |
|---|---|
| Kings | 17,758 |
| Queens | 10,828 |
| Bronx | 7,523 |
| New York | 5,372 |
| Nassau | 3,202 |
| Suffolk | 3,131 |
| Erie | 2,822 |
| Monroe | 2,401 |
| Richmond | 2,401 |
| Rockland | 2,080 |
| Westchester | 1,937 |
| Orange | 1,244 |
| Oneida | 1,024 |

During our screening and interview process, we will pay special attention to candidates' alignment with the expectations of the role and our mission-driven values. We will also consider their ability to thrive within New York's operational context, which will help define the candidate pool to include those who will provide the most long-term benefit to PPL, DOH, and the program. We will only select candidates who provide the best fit with New York's strategic goals.

Once candidates are selected, our onboarding process will include orientation tailored specifically to New York covering organizational culture, local policies, and specific benefits packages available to employees within the state. All new employee team members go through technical, compliance, and consumer direction education sessions (as described in Section 5. *FI Administrative Personnel Qualifications and Training)*, in addition to their program specific training to set them up for success. Team members are provided with ongoing learning and development (L&D) opportunities through our L&D training team and platform, as well as through our industry lunch and learns and specialized skill courses, such as our strategic presentation skills course offered to external facing employees. These development opportunities enable our team members to continuously learn and grow their careers. Additional employee development will be facilitated by managers through one-on-one meetings, through department-specific development initiatives, and via participation in our annual goal setting and performance reviews that are aligned with state-specific performance metrics, organizational objectives, and employees' personal goals.

We also provide an array of engagement activities to increase employee satisfaction with their work including participation in philanthropic and industry events, weekend pizza parties, town halls, branded swag giveaways, and theme meet-ups. Our focus on engagement, development, and goal setting helps maintain a high standard of performance, encourages professional development, and promotes overall retention of our team members.

Corporate Capacity

**Instrumental to this organizational structure development are our existing team members.** The following PPL team members are the designated key NY project staff who will be responsible for maintaining an effective organizational structure and expertly directing the successful delivery of the scope of this contract.

## PPL's Executive Leadership Team

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# 4. Organizational Chart

4. Submit an organizational chart with professional and managerial lines of authority.

PPL's organizational chart, detailing all proposed personnel who will collaborate with DOH on the implementation of the FI services contract is provided as **Exhibit F.3-4**.

[redacted]

# 5. FI Administrative Personnel Qualifications and Training

5. Describe the qualifications and training required of FI administrative personnel and how the qualifications and training are appropriate for ensuring personnel have the knowledge and ability to fulfill their duties to the FI.

[redacted] To ensure we recruit and retain top-tier talent, we established a comprehensive hiring process for all positions:

- Conduct a thorough **job analysis and role definition** by collaborating with department heads to identify specific needs, as well as core and role-specific competencies.
- Identify **qualification criteria**, including educational requirements, professional experience, and skill assessments.
- **Screen and evaluate** applicants through a detailed review of resumes, preliminary interviews, and technical assessments. Structured, behavioral, and panel interviews ensure consistency and fairness, while reference and background checks validate candidates' qualifications.

Our final selection process is a collaborative effort, involving feedback from hiring committees to make well-rounded decisions. We emphasize continuous improvement by gathering feedback from new hires and managers and updating our qualification criteria based on industry trends. This structured approach ensures our hiring process remains robust, transparent, and aligned with our goal of attracting and selecting the most qualified individuals.

For this project, we have completed the identification of roles and qualifications. **Exhibit F.3-5** provides a full list of the roles, qualifications and estimated number of staff needed.

## Qualifications

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Training Approach

## PPL's Learning and Development Team

Our Learning and Development team is led by Maureen Winningham, who brings over 20 years of experience as a learning professional. Our team of Certified Instructional Designers brings a cumulative 48 years of expertise in consumer direction processes and training methodologies. All Learning & Development staff members are Certified Instructional Designers through the Association for Talent Development (ATD), ensuring a high standard of instructional design across all our training programs. This wealth of experience and certification ensures that our training programs are cutting-edge, effective, and aligned with industry best practices. In addition, the team is certified in several professional development assessments including Hogan, DISC, Crucial Conversations for Mastering Dialogue® and Getting Things Done® trainers.

## Training Approach




We maintain a multi-faceted and comprehensive training program that ensures our staff are fully equipped to deliver consumer-directed services, comply with relevant regulations, and perform job-specific tasks in accordance with our clients' and consumers' needs. Training is delivered in-person, through our Learning & Development (L&D) platform, and in remote/virtual settings. We also deploy buddy-systems, observation and coaching, and skill training delivered by specialized trainers in collaboration with our operations and leadership teams.

### Consumer Direction 101

All team members receive training to provide a holistic understanding of consumer-directed services, cultural and disability sensitivity, healthcare regulations, and specific job tasks. Key components include:

- **Consumer Direction:** Training on the principles of consumer-directed services, including key terms, benefits of consumer-direction, and communicating with consumers with special needs.
- **Compliance for Consumer Direction:** Training on Medicaid regulations and compliance. This session also includes the history of Medicaid financing, the difference between Medicaid and Medicare, and the Americans with Disabilities Act regulations.

- **HIPAA Compliance:** Detailed instruction on privacy and security policies, focusing on the appropriate handling of protected health information. All team members must recertify annually.
- **Fraud, Waste, and Abuse (FWA):** Training on relevant laws, the False Claims Act, how to recognize potential fraud, and reporting protocols.
- **Abuse, Neglect, and Exploitation Compliance:** Training on how to recognize potential consumer abuse and reporting protocols.

### Program Specific Training

Team members are trained on the history, requirements, and operational procedures for individual contracts and programs.

- **Program Background and History:** Overview of specific state programs.
- **Job-Specific Tasks:** Instructions on performing tasks required under the contract and service level requirements.
- **Technology Training**: Instructions on use of our proprietary technologies (*Time4Care, PPL@Home,* etc.) as well as other software used in the workplace, such as Customer Relationship Management (CRM) and Microsoft Office Suite tools.

### Security, Ethics, and General Training

All team members receive general training on important operating principles. Key components include:

- **Security Training:** Guidance on preventing network security breaches, recognizing threats, and maintaining information security. All team members must recertify annually.
- **PPL Code of Conduct:** All team members must acknowledge they will operate in accordance with the Code.
- **Ethics for Everyone:** Teaches seven important principles for approaching work with integrity and care.
- **Diversity and Inclusion:** Focuses on inclusion principles and management of unconscious bias.
- **Active Listening:** Teaches the principles of staying focused and avoiding multitasking in conversations.

### Specialized Training for Call-Handling Agents

New call-handling agents undergo an intensive training process focused on first call resolution. This includes:

- **Audit and Coaching:** Same-day audits and coaching for the first few weeks of call handling.
- **Call Handling**: Procedures for escalations and language or other accommodations.
- **Ongoing Performance Analysis:** Metrics are reviewed weekly, and agents are provided regular performance reviews and coaching to ensure continuous improvement.

### Leadership Training

Supervisors receive advanced training in:

- **HR Fundamentals:** An overview for supervisors and managers on hiring, recruiting, interviewing, employee law, and managing staff in adherence to our policies and procedures.
- **Manager Fundamentals:** Courses on managing people, coaching, performance feedback, change management, team performance, and accountability.
- ***Crucial Conversations* Workshop:** This workshop, open to all PPL staff and mandatory for supervisors and above, trains on how to have discussions that have high stakes, strong emotions, and opposing opinions. The course equips the team to speak the same language when resolving issues.
- ***Getting Things Done***: Provides techniques for effective task management, while reducing stress and burnout.

### Continuous Improvement and Metrics

Our L&D team uses a skills-based, blended learning model, tracking training metrics in real-time to capture and correct learning gaps promptly. This includes:

- **Final Exam:** New hires must score 80% or higher on a final exam to proceed.
- **Ongoing Review:** Continuous improvement based on training metrics and feedback.
- **Training metrics** are tracked and displayed in a real-time learning dashboard which provides our trainers with the ability to capture and correct gaps in learning while students are still in class.
- We measure learning acquisition by topic, cohort class, and trainer.

# 6. Written FI Policies and Procedures

6. Provide a list of all written FI policies and procedures, including policies for FI administrative staff. The Department reserves the right to request copies of all policies and procedures or conduct on-site visits to review all policies and procedures.

We maintain written policies and procedures across all functional and operational departments in our organization. We consistently review and update policies ranging from central functions to client-specific and technology-focused procedures. A DOH-specific set of policies and procedures will be developed and customized for this program upon contract award.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# 7. Availability of Cultural and Language Competencies

7. Describe how the bidder will ensure the availability of cultural and language competencies to serve its consumers and those of the available PAs that assist consumers.

PPL demonstrates our commitment to addressing the needs of diverse populations through our business practices, actions, and investments. We use proven methods to ensure the availability of cultural and language competencies to serve consumers and their PAs. We strive to engage all populations to ensure we listen, learn, and focus on their needs.

- **We learn and earn trust through partnership.** We are very engaged with organizations that advocate and serve unique cultural and disabilities communities. We collaborate with our partners to host events, co-brand materials, and ensure our communications and approach are inclusive. Some of the many organizations we partner with include the Arc (multiple state chapters), the Area Agency on Aging (multiple state chapters), the Centers for Independent Living (multiple state chapters), Department of Rehabilitative Services (DARS), VCU Health Systems, YMCAs, Developmental Disability Councils, Social and local advocacy & support groups (e.g., Disability Revolution, Chanda Center for health, Indiana Family to Family, Angela Cares, Autism NJ, Advocates for Aging well, etc.).
- **We engage multi-lingually and inclusively.** We understand that effectively engaging and educating non-English speakers on consumer direction requires more than just bi-lingual staff; it includes proper translation of information, cultural appropriateness, and being present in multi-lingual communities.



Our PPL website can instantly translate into more than 130 languages and dialects, and our Customer Service Representatives (CSRs) have access to translation services for more than 300 languages and dialects. PPL employees speak over 35 different languages. Nearly 70% of our team is non-white, representing dozens of cultures and nationalities. For CDPAP, we will deploy a dedicated webpage for NY CDPAP with accessible information available in more than 130 languages and accommodating the hearing and visually impaired and other disabilities. The webpage will be easy to navigate and provide a broad range of information including a program overview, details on the transition timeline and process, enrollment instructions and forms, FAQs, videos, and more. We look to local organizations to validate the accuracy and appropriateness of translated materials and to engage community members in the development of auditory (e.g., podcasts) and multi-media communications that will resonate with multilingual communities. We will work with DOH to create physical and digital materials in any desired language. We will use social media, email, and SMS campaigns to drive traffic to the website as the source of truth.

- **We develop program information that uses culturally competent imagery and similarities.** For the Spanish speaking community, fotonovelas (as shown in our **Section 6.2.F.1** response) have proven highly effective in communicating ideas through visual processing and require less text to understand and interpret. We use similar techniques for Chinese and other communities. Additionally, we deliver information about consumer direction programs that use culturally appropriate imagery and references.
- **We engage a cultural competency coach to ensure our communications are suitable.** [redacted]
- **We select subcontractor FIs that have language and cultural competencies.** To select our FI partners, we researched their capabilities and met with community organizations to identify FIs that are successfully delivering services to non-English speaking and disabled communities. Our 31 subcontractors have employees that represent 44 different languages spoken in New York and accommodate communications for the hearing and visually impaired, and other disabilities.
- **We accommodate people's needs.** Our consumer and PA communications and documents are in plain language rated at the 5th grade level. All materials are available in alternative formats to meet the needs and/or preferences of the user. Some of the alternative formats include but are not limited to:

1. Auxiliary aids or services, such as Braille, large print, and audio;
2. American Sign Language (ASL) interpretation and Russian Sign Language (RSL) interpretation;
3. Written translations; and
4. Video alt text and captions.

# 8. Disaster Preparedness and Emergency Plans and Procedures

8. Describe the establishment, maintenance, and periodic review of the bidder disaster preparedness and emergency plans and procedures related to the provision of required FI services.

Our commitment to ensuring uninterrupted essential home services for consumers is unwavering. Disaster preparedness and emergency planning are cornerstones of our comprehensive risk management strategy. For each client and program, we maintain a robust Disaster Recovery Plan (DRP), which is the result of rigorous evaluation and refinement for over the past 25 years. Our DRP and emergency preparedness procedures are key components of our overall Business Continuity Plan. PPL's track record of operational resilience is unmatched, with successful continuation of operations across the a multitude of states and dozens of programs, regardless of weather, political, or healthcare challenges.

**Proactive and Comprehensive Planning:**
Our disaster recovery and emergency preparedness process is meticulous, encompassing thorough planning, development, testing, and implementation of procedures. This ensures rapid and efficient resumption of operations in any disaster scenario, as well as safeguarding against interruptions.

**Robust Recovery Strategy:**
We deploy a robust planning and execution strategy designed to swiftly recover and restore systems and operations. This process is vital to maintaining service continuity for the numerous clients we support, even during critical incidents.

**Adaptive Response During COVID-19:**
During the COVID-19 pandemic, we demonstrated exemplary adaptability. States implemented temporary measures, such as waiving background checks and extending eligibility, as well as allowing additional family members to serve as caregivers. We swiftly updated our system's business rules to comply with each state's evolving policies. This ensured uninterrupted service delivery, and our exceptional operational continuity led to more involvement, resulting in our work to distribute COVID relief funds to support our clients effectively.

### Resilient Technology Systems:

Our technology systems are engineered to withstand various challenges, including short-duration power outages and single system failures. We proactively manage and mitigate risks to ensure that critical systems and applications remain operational under adverse conditions.

### High Availability Systems:

Our technology infrastructure is engineered for high availability, designed to remain operational and accessible even in the face of challenges such as short-duration power outages and isolated system failures. By leveraging redundancy, load balancing, and automated failover mechanisms, we minimize downtime and service interruptions, ensuring continuous access to critical systems and applications under both normal and adverse conditions.

### Collaborative and Transparent Crisis Management:

In the event of a major disruption, we will collaborate closely with DOH to assess the severity and implement our DRP. We ensure clear and coordinated communication with all stakeholders, minimizing impact and expediting recovery.

## Disaster Recovery Plan (DRP)

Our Disaster Recovery Plan (DRP) was designed with two primary objectives:

- **Emergency Response:** To detail the procedures for recovering and continuing business operations during an emergency.
- **Command and Communications:** To outline the protocols for command and communication before, during, and after an emergency.

At the heart of our disaster and emergency planning is our Critical Service Recovery Strategy (CSRS), which is an extensive compilation of formal procedures and technical solutions. This strategy is aimed at mitigating and responding to emergencies efficiently, ensuring the swift resumption of normal operations. Our CSRS is fully compliant with our Business Continuity Plan guidelines as specified in National Security Presidential Directive-51/Homeland Security Presidential Directive-20 (NSPD-51/HSPD-20), and the National Continuity Policy Continuity Guidance Circular 1 (CGC 1).

By implementing this robust process, we aim to:

- **Prevent service failures:** Proactively identify and mitigate risks to prevent potential service disruptions.

- **Minimize operational impact:** Ensure that any impact on operational services during a system failure is kept to an absolute minimum.
- **Employ rapid recovery:** Restore full system integrity and resume operations as swiftly as possible.

Our DRP and CSRS not only ensure compliance with national directives but also provide a reliable framework for maintaining service continuity under any circumstances. This commitment to disaster preparedness and recovery exemplifies our dedication to operational excellence and client satisfaction.

## Modern State-of-the-Art Multi-Tier Architecture with Resiliency, Reliability, and Robust Cybersecurity

Our cutting-edge physical architecture utilizes SQL server failover clustering to guarantee continuous database availability, even in the event of a node failure. We employ load balancing across multiple redundant servers for other services, ensuring seamless operation even if one ERP system fails, thereby maintaining uninterrupted business operations.

**Key Features and Benefits of Our Advanced Architecture:**

[redacted]

[redacted]

By employing this state-of-the-art multi-tier architecture with integrated cybersecurity and information security measures, we ensure unparalleled resiliency, reliability, and operational continuity. This comprehensive approach provides our clients with exceptional service and peace of mind in knowing their data and operations are secure and continuously protected.

## Assessment & Testing

### Assessment

All our business continuity and disaster planning strategies are based on an analysis of our business and operational needs, potential risk exposures, and the resulting business impact if we were to experience a loss of service. After thorough analysis, we incorporated the following components into our CSRS strategy:

- **Threats:** Identifying situations or conditions that have the potential to cause injury to people, damage to property, or disruption to operations. These risk assessments are conducted annually.
- **Business/operational impacts:** Determining the business impact resulting from the loss of a critical resource that may affect several business processes.

### Testing

Annually, we test elements of our CSRS to ensure that any supporting preventative measure or plan will work as expected during an unplanned event. The tests are realistic

and performed at multiple remote locations by our IT staff. Our CSRS test scope and schedule varies yearly as part of our continued efforts to maintain the effectiveness of our disaster preparedness and planning.

### Vulnerability Assessments

We contract an external vendor who conducts vulnerability tests including penetration testing for us on a periodic basis. We also conduct vulnerability scans during our quarterly maintenance windows. Our Information Security (InfoSec) team conducts scans against all new production deployments.

### Plan Administration & Training

The CSRS encompasses a set of living documents. We continuously update the information to ensure it remains current and relevant. Our Information Technology Systems (ITS) Department and the Director of Information Security coordinate CSRS updates when warranted by changes in systems, vendors, or staff.

We train specially-identified technical staff members in their respective disaster recovery duties to help ensure we are prepared for an unexpected event. Our Emergency Response Training Program consists of the following components:

- **On-the-Job Training**: Experienced technical staff train new team members in disaster recovery duties upon hire. All team members are educated in their specific roles in the Disaster Recovery and Business Continuity Plan during new hire training, in one-one training from their supervisor, and in periodic online training and communications from our management team.
- **On-going Training:** If periodic CSRS testing activities reveal the need for additional training, we immediately distribute a training module and process and verify team members' understanding through testing.

## Disaster Recovery Execution

[redacted]

[redacted]

[redacted]

## Disaster Recovery Capabilities

Our Disaster Recovery Plan (DRP) is designed to safeguard our programs in emergency scenarios. The DRP constitutes a subset of our comprehensive Business Continuity Plan and aligns with industry best practices. Our DRP has three primary objectives:

- **Mitigation of system impact:** The DRP delineates critical processes and procedures that are aimed at minimizing the consequences of system loss. The plan

adheres to industry best practices and undergoes annual testing. These tests serve a dual purpose to

- Validate the inclusion of all necessary steps in the DRP, and
- Identify areas for enhancing disaster management.

[redacted]

To achieve these objectives, we employ a range of preventive, detective, and corrective measures:

[redacted]

[redacted]

[redacted]



# 6.2.F.4 Fiscal Monitoring and Oversight

# F.4. Fiscal Monitoring and Oversight

## 1. Description of Fiscal Monitoring and Oversight

### Written Fiscal Procedures

1. Describe how the bidder plans to:
a) Maintain written fiscal procedures that comply with generally accepted accounting principles and Medicaid rules and regulations, including internal control procedures;

We perform all fiscal procedures through our Personal Assistant Payroll Validation (PAPV) Team and our Payroll Tax Team, both of which include several Certified Public Accountants (CPAs), IRS Enrolled Agents, and Certified Payroll Professionals. These teams' managers and supervisors maintain and update written policies and procedures consistent with Generally Accepted Accounting Principles (GAAP), IRS Regulations, and best internal control practices including segregation of duties. All our policies are fully compliant with Medicaid rules and regulations, including robust internal control procedures. We ensure that these policies and procedures are reviewed annually as part of our quality management process. These policies and procedures are also subject to an external audit by a nationally recognized audit firm.

In addition to fulfilling their continuing professional education requirements, our CPAs liaise with our Government Relations Team and our external tax accountants to stay abreast of Medicaid policy changes and updates to IRS payroll tax law changes. Whenever an IRS or Medicaid policy change is identified that will impact payroll processing, tax withholdings or exemptions, our PAPV and Payroll Tax Teams work closely with our information technology staff to ensure that the policy change is accurately reflected in our payroll processing systems.

[redacted]

[redacted]

## Development and Maintenance of a Fiscal Policy and Procedure

Upon award of a new FI contract, our PAPV and Payroll Tax Teams draft a program specific Tax Compliance Summary (TCS). This draft TCS is reviewed by our General Counsel and Chief Compliance Officer (GC/CCO), our Senior Medicaid Policy Analyst, our CPAs, our IRS Enrolled Agents, and our Government Relations Team, all of which may complete independent research prior to signing off on the final version.

1. We use the TCS as the foundation for the development of fiscal policies and procedures specific to the new program. The fiscal policies and procedures are divided across state and federal filing and reporting timelines, procedural filing and reporting tasks, and systems and steps to complete the tasks.
2. We ensure that the TCS is reviewed at least annually, and whenever there are changes to applicable state, federal or Medicaid statutes, regulations or policies. All proposed changes to the TCS must be approved by our CPAs and our GC/CCO. Versions are maintained for historical audit purposes.
3. We also ensure that our fiscal policies and procedures have sufficient internal controls to monitor adherence to documented standards. We continually gather data to determine compliance with these policies and procedures, allowing us to be proactive in process improvement.
4. If at any time we observe that outcomes or quality controls are not met, we take immediate action to conduct a root cause analysis to determine the source of the problem. Once the source of the problem is known, we take appropriate remedial action – which may include renewed training, modifications to the TCS, or enhanced quality reviews, to name a few. This cyclical process of improvement is part of our day-to-day function, ensuring we consistently grow and enhance the ways we provide the best experience for our clients, participants, and employees.

## Financial Records Management for Monitoring and Audits

b) Maintain financial records that facilitate fiscal monitoring and audits;

Our comprehensive system of internal audit controls is critical to the successful performance of Fiscal Intermediary functions. We strongly believe in the importance of regular, independent audits as a means of assessing our controls and measuring our progress. [redacted] We work to meet and exceed the expectations of the contract.

[redacted]

[redacted]

Corporate Capacity

## *Fiscal Oversight and Fiscal Integrity Investigation*

c) Provide fiscal oversight and actively investigate issues regarding fiscal integrity;

We have both a Payroll Operations (PO) Team and a separate Finance Team to support account level monitoring of all financial transactions. Our PO Team oversees the processing of our regular payroll runs. The PO Team has developed and maintains written procedures to validate service transaction amounts — both at the consumer-to-PA level as well as in the aggregate. These written procedures allow us to report and monitor overtime, track weekly hour trends by consumer and PA, and validate gross PA wages for consistency. If the PO Team identifies PA spikes based on hours or gross wages, they notify the Program Management Team for follow up with the PA and consumer.

Quality with Cost Savings

Our PO Team has also developed aggregated payroll projections based on service funding by program and by consumer. The PO Team uses these projections to identify and reconcile unexpected variances in service transaction amounts. Our Finance Team provides account level reconciliations inclusive of financial transaction details from ledger entries, bank requests, EDI 837P service claims, and EDI 835 Electronic Remittance Advices.

[redacted]

We understand that we will be subject to the Fiscal Monitoring and Oversight Requirements in RFP Section 4.6 (items a-g), including submitting annual direct care and administrative costs and accurately reporting, with respect to any claims, the unique identifier of the PA as required by SSL § 365-f(3).

## *Annual Risk Assessment*

d) Conduct an annual risk assessment of all Statewide Fiscal Intermediary and subcontractor operations;

We are committed to the innovative use of technology to support our clients' goals. We combine vision and strategy with experience and best practices to engineer solutions that will meet the challenges of our clients' business needs without exposing them to inappropriate and unnecessary operational risks. For CDPAP, we will maintain a robust Risk Management Program to identify, minimize, and mitigate operational risks. This New York State Risk Management Program will fall under our Compliance Department.

The primary driver of our New York State Risk Management Program will be our Risk Management Committee (RMC). The RMC will maintain a comprehensive risk registry and will meet quarterly to assess risks to the program and to take remedial actions as appropriate. Once each year, the RMC will prepare a report summarizing the

accomplishments of the previous 12 months and set forth a description of all risks currently under management.

[redacted]

We do not expect any of the fiscal intermediaries in our Strategic Partnership Alliance to further subcontract CDPAP work. If, however, any of our subcontractors are given permission to further subcontract program work, they will be contractually required to conduct the same risk assessment process with their own subcontractors, and to report the results back to us. As with all our subcontractors, DOH will have final approval of any companies that will perform FI work for CDPAP.

Finally, another facet of our New York State Risk Management Program is to maintain a process (including regular testing, vulnerability assessments, and on-going training) for assessing business continuity risk as part of our business continuity and disaster planning strategies. Through these processes, we can analyze potential risk exposures, identify the resulting business impact, and then develop procedures to help mitigate the risk.

## Corporate Compliance Policies and Procedures

e) Establish and implement corporate compliance policies and procedures in accordance with the Federal Deficit Reduction Act and the False Claims Act to prevent, detect and report fraud, waste and abuse by board members, employees and consumers, and develop strategies to prevent and detect such fraud. For more information, see the CMS website on the Medicaid Integrity Program, found here: https://www.cms.gov/Medicare-Medicaid-Coordination/Fraud-Prevention/MedicaidIntegrityProgram/index.html; and

PPL is committed to upholding the highest standards of program integrity through comprehensive policies, procedures, and internal controls designed to prevent, detect, and report FWA in collaboration with our state clients. Our approach aligns with the four core strategies outlined by CMS for Medicaid Program Integrity: Prevention, Detection, Investigation, and Enforcement & Recovery.

*1. Prevention:*

[redacted]

*2. Detection:*

[redacted]

*3. Investigation:*

[redacted]

[redacted]

### *4. Enforcement & Recovery:*

[redacted]

### *Banking Safeguards*

[redacted]

By integrating these strategies and controls, we ensure compliance with applicable laws and regulations while providing our state clients with effective tools to manage consumer-directed programs and mitigate FWA risks. Our commitment to program integrity is

demonstrated through our proactive measures and collaboration with state agencies to safeguard public resources.

## OMIG Compliance Program Duties

f) Align with OMIG Compliance Program required duties (see https://regs.health.ny.gov/content/section-5213-compliance-program-required-provider-duties)

Our existing Compliance Program ensures we always operate responsibly and reliably. The response to F(a), below, describes how our existing compliance program closely aligns with Section 5213 of OMIG's Compliance Program Required Provider Duties Guidance.

### 521.3 Compliance Program Required Provider Duties

## Effective Compliance Program

(a) Every required provider shall adopt and implement an effective compliance program. The compliance program may be a component of more comprehensive compliance activities by the required provider so long as the requirements of this Part are met. Required providers' compliance programs shall be applicable to:
(1) billings;
(2) payments;
(3) medical necessity and quality of care;
(4) governance;
(5) mandatory reporting;
(6) credentialing; and
(7) other risk areas that are or should with due diligence be identified by the provider.

Our Compliance Program was developed in response to the many laws, rules, and regulations governing healthcare and is applicable to all the areas listed in this requirement. Our robust Compliance Program demonstrates our commitment and adherence to upholding the highest ethical standards of conduct. It is our policy to follow all laws governing the company's operations and to conduct business in a legal and ethical manner.

Our GC/CCO, along with her team in the Compliance Department, provide governance and oversight of the Compliance Program. They ensure that all PPL employees are trained on the requirements of the Compliance Program, including their obligation to abide by the PPL Code of Conduct. They also stay abreast of new areas of compliance concern and incorporate those new areas into our Compliance Program and risk assessment processes as appropriate.

On the program level, we have implemented additional safeguards to monitor the adherence of program rules and standards. Our staff is trained to identify areas of

compliance risk, such as, but not limited to, unauthorized billings and payments, timesheet falsification, and fraudulent cashing of checks. We also ensure that potential providers meet all program-related requirements, including such credentials as eligibility to work in the United States, and passing all required background and exclusion screenings. When a problem is noted, we utilize our CRM to store all contact notes and to ensure staff are following a regimented monitoring system. These notes and review cycles are monitored and audited by the department supervisors along with our Quality Improvement Team.

Our Compliance Department also monitors the quality of care provided to participants in our self-directed programs. Any employee who observes, suspects or receives a report that a participant is the victim of abuse, neglect or exploitation (ANE) is required to document the incident in our customer service tracking system. These items are then monitored by the Compliance Department, and promptly reported to the client and to protective agencies (such as Child Protective Services) as appropriate.




Our Compliance Program is not limited to our own employees. We will require all contractors and vendors who work on the CDPAP (including those who form our Strategic Partnership Alliance) to participate in the PPL Compliance Program. This may involve, as appropriate, training the subcontractors in the basics of the Compliance Program, and/or requiring subcontractor staff to attest to their adherence to our Code of Conduct.

## *Annual Certification*

(b) Upon applying for enrollment in the medical assistance program, and during the month of December each year thereafter, a required provider shall certify to the department, using a form provided by the Office of the Medicaid Inspector General on its website, that a compliance program meeting the requirements of this Part is in place. The Office of the Medicaid Inspector General will make available on its website compliance program guidelines for certain types of required providers.

After applying for enrollment in the medical assistance program, PPL will certify to the Department that a compliance program is in place that meets OMIG compliance guidelines. Certification submission will occur each December and will be submitted on an OMIG approved form.

## Elements of PPL's Compliance Program

### 1. Written Policies and Procedures Describing Compliance Expectations

(c) A required provider's compliance program shall include the following elements:
(1) written policies and procedures that describe compliance expectations as embodied in a code of conduct or code of ethics, implement the operation of the compliance program, provide guidance to employees and others on dealing with potential compliance issues, identify how to communicate compliance issues to appropriate compliance personnel and describe how potential compliance problems are investigated and resolved;

Our expectation for employee compliance begins with a commitment to follow all policies, standards, and procedures, including the Compliance Program Plan, Code of Conduct, and Employee Handbook. Our suite of documents covers all the abovementioned elements including clear expectations for staff handling of potential compliance issues, methods to communicate compliance issues, and how potential compliance issues are investigated and resolved.

### 2. Designated Employee

(2) designate an employee vested with responsibility for the day-to-day operation of the compliance program; such employee's duties may solely relate to compliance or may be combined with other duties so long as compliance responsibilities are satisfactorily carried out; such employee shall report directly to the entity's chief executive or other senior administrator designated by the chief executive and shall periodically report directly to the governing body on the activities of the compliance program;

Our Compliance Department has oversight of risk management, corporate ethics and governance, and regulatory compliance. The Compliance Department is directed by Deborah Drexler, PPL's General Counsel and Chief Compliance Officer. Reporting directly to our CEO, with an indirect reporting relationship to the Audits and Compliance Committee of our board, Deborah is responsible for all aspects of our compliance program, including day-to-day administration, promoting, and fostering compliance with contractual requirements, compliance with applicable laws and regulations, and reasonably mitigating risks.

### 3. Training and Education

(3) training and education of all affected employees and persons associated with the provider, including executives and governing body members, on compliance issues, expectations and the compliance program operation; such training shall occur periodically and shall be made a part of the orientation for a new employee, appointee or associate, executive and governing body member;

Training and education are key elements of our compliance program. All PPL employees, including executive leadership and governing body members, are required to participate in a series of mandatory training courses within thirty days of starting work and annually thereafter. The courses include topics on various compliance issues as well as expectations and the overall functionality of the program. Our training and education materials are continually reviewed and updated as necessary, based upon changing statutes, regulations,

or as a result of compliance monitoring. This ensures that ongoing training and attestations are up-to-date and employees are re-trained with the latest material at their annual training session.

## 4. Communication Lines

(4) communication lines to the responsible compliance position, as described in paragraph (2) of this subdivision, that are accessible to all employees, persons associated with the provider, executives and governing body members, to allow compliance issues to be reported; such communication lines shall include a method for anonymous and confidential good faith reporting of potential compliance issues as they are identified;

Our open and effective lines of communication keep personnel informed of compliance program details. We encourage all employees to express their compliance-related concerns without fear of retaliation. Any employee who has reason to believe a questionable practice may be in existence is urged to report the instance to their supervisor, to our GC/CCO, or to any other member of our Compliance Team.

In addition, PPL's Compliance Hotline is a resource provided by our Compliance Department. The Hotline serves as an avenue for employees, contractors, governing body members, and external parties to ask questions, seek advice, offer suggestions, and raise concerns regarding their own or others' conduct under the Code of Conduct and any laws, regulations, or contracts that apply to PPL. The Hotline can be contacted anonymously via phone call, email, or by letter sent through US Mail or other delivery service.

## 5. Disciplinary Policies

(5) disciplinary policies to encourage good faith participation in the compliance program by all affected individuals, including policies that articulate expectations for reporting compliance issues and assist in their resolution and outline sanctions for:
(i) failing to report suspected problems;
(ii) participating in non-compliant behavior; or
(iii) encouraging, directing, facilitating or permitting either actively or passively non-compliant behavior; such disciplinary policies shall be fairly and firmly enforced;

All PPL employees are held accountable for complying with applicable standards, laws, and procedures. Disciplinary measures are addressed in our Employee Handbook, which is provided to every PPL employee and saved on our corporate intranet site for quick and easy access. All employees must review and agree to comply with the Code of Conduct and other company policies on an annual basis. The types of action for which disciplinary measures may be taken include, but are not limited to, the scenarios provided in this requirement. An employee's failure to comply with these requirements may result in disciplinary action, up to and including immediate termination, the pursuit of civil or criminal penalties, and/or listing on the LEIE and other exclusion databases.

## *6. Routine Identification of Compliance Risk Area System*

(6) a system for routine identification of compliance risk areas specific to the provider type, for self-evaluation of such risk areas, including but not limited to internal audits and as appropriate external audits, and for evaluation of potential or actual non-compliance as a result of such self-evaluations and audits, credentialing of providers and persons associated with providers, mandatory reporting, governance, and quality of care of medical assistance program beneficiaries;

We have an in-place system for identifying areas for compliance risks, including internal and external audits, which includes, but is not limited to, our quarterly risk assessment processes previously described in "*Annual Risk Assessment*" (pg F.4-4).

Our robust self-evaluation process is conducted across departments: Compliance, Quality Improvement, and Operations. The evaluation process includes auditing, root cause analysis, process, improvements, trending, various reporting, and data analysis. Instrumental to these activities is the transparency of auditing outcomes and instilling checks and balances among the auditing departments. This transparency includes regular and timely reporting of audit outcomes and recurring meetings with key stakeholders.

Reporting deliverables is owned by the Operations Teams, and our *PowerBI* tool provides several options to view metrics, again supporting our desire to be transparent. Upon establishing SLAs, we will report any reportable non-compliant finding as defined by the client. The Contract Manager is always kept abreast of any non-compliance incident.

## *7. Compliance Issue Response System*

(7) a system for responding to compliance issues as they are raised; for investigating potential compliance problems; responding to compliance problems as identified in the course of self-evaluations and audits; correcting such problems promptly and thoroughly and implementing procedures, policies and systems as necessary to reduce the potential for recurrence; identifying and reporting compliance issues to the department or the office of Medicaid inspector general; and refunding overpayments;

When a report of suspected noncompliance is received, the Compliance Department will investigate the conduct in question to determine whether a violation of applicable law or the requirements of the Compliance Program has occurred. If a violation is found, the Compliance Department will take immediate steps to correct the problem. When appropriate, PPL will report compliance issues to DOH, and/or to the OMIG and in the event of an overpayment, will initiate a refund to the DOH.

### 8. Non-Intimidation and Non-Retaliation Policy

(8) a policy of non-intimidation and non-retaliation for good faith participation in the compliance program, including but not limited to reporting potential issues, investigating issues, self-evaluations, audits and remedial actions, and reporting to appropriate officials as provided in sections seven hundred forty and seven hundred forty-one of the labor law.

It is our policy to provide a workplace which gives every employee an equal opportunity to succeed. We prohibit abusive behavior in any form including intimidation and retaliation for good faith participation in our compliance program. The policy includes guidelines for the investigation of potential issues, self-evaluations, audits and remedial actions, and reporting to appropriate officials.

To reduce the chances of retaliation when investigating a report of non-compliance, we will conduct the investigation on a "need to know" basis, protect the confidentiality of the reporter to the extent possible, and will remind all those who are involved in the investigation about the absolute prohibition against retaliatory behavior and the serious penalties that will accrue to anyone who violates this prohibition.

## 2. Pending Audit Proposed Process

2. Provide a description of all pending audits and the bidder's proposed process for responding to open or potential future audits related to fiscal intermediary services, both in New York and other states where the awarded Statewide FI is in operation.

We recognize the critical role that audits play in ensuring compliance, validating internal controls, and enhancing transparency in fiscal intermediary services. Our organization welcomes external audits as an opportunity to demonstrate our commitment to operational excellence and regulatory adherence. We are fully prepared to respond effectively to any current or future audits.

[redacted]

**Proposed Audit Response Process**

Our audit response process is rooted in thorough preparation, detailed knowledge of regulatory requirements, and a commitment to timely and accurate communication. The following steps outline our approach:

1. **Designated Audit Leadership**: We assign a senior audit lead for each audit, typically a seasoned professional with extensive experience in the relevant regulatory environment. For example, Alayna Bochenek, our Senior Regional Director, leads New York Medicaid-specific audits. With over 14 years of experience, Alayna has successfully managed numerous audits, including those conducted by the Office of the New York State Comptroller (OSC).
2. **Preparation and Documentation**: Prior to the initiation of an audit, our team ensures that all relevant documentation is up-to-date, well-organized, and readily accessible. This includes financial records, compliance reports, and any other materials that may be requested during the audit.
3. **Audit Engagement**: We actively engage with auditors from the outset, participating in the opening conference to clarify the scope and objectives of the audit. During this phase, we also provide initial documentation and address any preliminary inquiries.
4. **Ongoing Communication**: Throughout the audit process, we maintain open lines of communication with the audit team. This includes regular check-ins to discuss progress, address emerging issues, and respond to any requests for additional information.
5. **Review and Response**: Upon receiving initial audit findings, our team conducts a thorough review to ensure accuracy and completeness. We then collaborate with the relevant authorities, such as the Department of Health (DOH), to provide a comprehensive response. If necessary, we also develop and implement corrective action plans to address any identified issues.
6. **Post-Audit Follow-Up**: After the conclusion of the audit, we participate in closing conferences to discuss the final findings and any recommendations. We take these recommendations seriously and work diligently to implement any necessary changes to improve our operations.

In summary, our approach to audit management is both proactive and responsive, designed to ensure compliance, mitigate risks, and continually enhance the quality of our services. We are confident in our ability to navigate and successfully manage audits in any jurisdiction where we operate as a fiscal intermediary.

# 6.2.F.5 Quality Monitoring and Reporting



# F.5. Quality Monitoring and Reporting

F.5 Quality Monitoring and Reporting
1. Describe how the bidder will comply with the reporting requirements in Section 4.7, including systems to be used to track required data.

## 1. Compliance with Reporting Requirements

Our Quality Monitoring and Reporting System (QMRS) is specifically tailored for consumer-directed programs and will fully comply with the reporting requirements outlined in RFP Section 4.7. Our approach and system components include:

### Quality Management Plan and Reporting System

1. **Quality Management Plan (QMP):**
    - Our QMP is designed to meet the guidelines of Section 4.7, detailing the processes, responsibilities, and metrics for monitoring and ensuring the quality of services.
    - The QMP is regularly reviewed and updated to incorporate new requirements or feedback from DOH, ensuring continuous improvement and compliance.
2. **Data Collection and Reporting:**

[redacted]

- The system supports real-time data entry and updates, ensuring current and accurate information.
- The interoperability of our systems will allow us to accept data from our subcontracted FI partners if they prefer to use and maintain their existing systems (with DOH approval). We will ultimately absorb, standardize, and integrate this incoming data for reporting purposes.

- Quality Measures:
  - We track key performance indicators (KPIs) related to service effectiveness and quality, including consumer satisfaction, service delivery timeliness, audit scoring, and adherence to care plans.
- Data Reporting:
  - Our reporting tools generate detailed reports in DOH-specified format. These reports include quantitative data and qualitative insights for a holistic view of service quality.
  - Reports are submitted regularly as determined by DOH, ensuring timely and relevant information for evaluation.
  - Reports are generated and utilized internally to gauge performance and process adherence. Report outcomes are used for process and performance improvement. **Exhibit F.5-1** provides an example of a dashboard for Authorization Activity, **Exhibit F.5-2** provides an example of a Payroll Activity dashboard, and **Exhibit F.5-3** provides an example of the dashboard of our Customer Service Team activity.

[redacted]

[redacted]

**Annual Direct Care and Administrative Cost Reports:**

- We prepare and submit comprehensive annual reports detailing direct care and administrative costs, in compliance with Section 4.1 and SSL § 365-f.
- These reports are thoroughly reviewed for accuracy and completeness before submission.

1. **Public Disclosure:**

- We acknowledge DOH's right to make reports public and ensure that all reports are prepared with the highest standards of transparency and accuracy.
- Our team will collaborate with DOH to address any public inquiries or concerns related to the reported data.

2. **Cooperation with Departmental Assessments:**

- We fully cooperate with DOH's efforts to assess FI services under CDPAP, including participating in consumer satisfaction surveys and other evaluation activities.
- Feedback from these assessments is used to continuously improve our services and reporting processes.

We welcome an opportunity to share sample reports upon DOH request.

## Systems to be Used

We utilize a comprehensive data warehouse architecture to integrate and manage our systems' data, ensuring seamless data flow and unified reporting. Our data warehouse enables us to consolidate information from various platforms, providing a single source of truth for all program-related data. This integration facilitates real-time data access, robust analytics, and streamlined operations across our services.

To ensure complete transparency and accuracy, we also incorporate data from our subcontractors into our data warehouse. Subcontractors' information is ingested through secure APIs and standardized data formats, ensuring it is seamlessly integrated into our reporting ecosystem. This allows us to maintain a holistic view of program performance and compliance, incorporating every aspect of our service delivery network.

[redacted]

[redacted]

[redacted]

## 2. Data Management and Reporting Tools

**Electronic Data Interchanges (EDI) and APIs:**

- Our system supports data exchange through EDIs and APIs in common file types, ensuring seamless integration with various entities.

**Secure File Transfer Protocol (SFTP):**

- For entities without EDI capabilities, we establish SFTP sites to ensure secure data transfer.

## Reporting Capabilities

### Standard and Custom Reports:

- We offer a broad range of operational performance reports and can prepare and submit reports on required cadences, including weekly, monthly, quarterly, and annual reporting.
- Our business intelligence platform allows for real-time data visualization and analysis, providing both aggregate and record-level perspectives.
- Examples of reports include Authorization Activity Dashboards, Payroll Activity, EVV Weekly Activity, Customer Experience Activity, and Utilization Reporting.

## Utilization Reporting

### Monthly Utilization Reporting:

- Our reports can be segmented by various criteria such as service type, consumer, PA, county, and more.
- These reports help identify anomalous utilization patterns, providing insights for program improvements and efficient use of funds.

## System Flexibility and Modularity

### Modular System Design:

- Our system's modularity allows for easy modifications to support scope changes in self-direction financial management. For example, we added EVV-compliant time capture functionality to the *Time4Care* mobile app, expanding the capabilities and effectiveness of the tools we offer participants and their employees.

By leveraging our end-to-end system and adhering to the outlined processes, we are confident in our ability to meet and exceed the reporting requirements specified in Section 4.7, thereby supporting DOH in evaluating the effectiveness and quality of services provided under this contract.

# 4.7 Quality Monitoring and Reporting Requirements

## 1. Quality Management Plan

4.7 Quality Monitoring and Reporting Requirements
The awarded Statewide FI will be required to submit a Quality Management Plan.

PPL maintains a robust Quality Management Plan, as well as dedicated staff committed to ensuring adherence to all established policies and procedures. We will provide DOH with our complete Quality Management Plan upon award, and our Quality Management Approach is described in “Current Quality Management Approach” on the next page.

### Quality Measures Reporting

In addition, the awarded Statewide FI shall submit reports to the Department that include, but are not limited to, quality measures and other data to assist the Department, consumers, LDSS and MCOs with evaluating the effectiveness and quality of services provided by the FI under this contract and their impact on the overall quality and effectiveness of CDPAP.

PPL offers a wide variety of reports and agrees to submit reports that include quality measures and other data to assist DOH, consumers, LDSS, and MCO/MLTCs with evaluating the effectiveness and quality of services provided under the contract, as well as their impact on the overall quality and effectiveness of CDPAP. Our reporting capabilities are described in “*Compliance with Reporting Requirements.*”

### Annual Direct Care and Administrative Cost Reports

These reports are in addition to the requirement that the awarded Statewide FI submit annual direct care and administrative cost reports as required by Section 4.1 and SSL § 365-f. The Department reserves the right to make any and all reports public.

PPL acknowledges this requirement and has described our reporting capabilities within our proposal response, including our ability and intent to submit annual direct care and administrative cost reports. We acknowledge and understand that DOH reserves the right to make any and all reports public.

### Format, Frequency and Data Collection

The data to be collected and reported, the format of such reports, and the frequency for filing such reports will be determined by the Department.

PPL can provide all required data to be collected and reported in the format and frequency determined by DOH. As discussed throughout this section, we collect a wide range of data daily and in real-time including authorization details, shift information, utilization, payroll activity, EVV compliance, customer experience and service statistics, and much more. We configure reporting for individual consumer direction programs and can accommodate DOH’s daily, weekly, monthly, quarterly, and annual reporting needs.

## Consumer Satisfaction Survey

The awarded Statewide FI will be required to cooperate with efforts by the Department to assess FI services under CDPAP including conducting a consumer satisfaction survey.

We acknowledge this requirement and agree to cooperate with efforts by DOH to assess FI services under CDPAP including conducting a consumer satisfaction survey. We routinely conduct satisfaction surveys and welcome opportunities for continued feedback.

## 2. Current Quality Management Approach

2. Describe the bidder's current Quality Management Approach, which may include submission of a previously utilized Quality Management Plan.

Our Quality Improvement (QI) team is the primary facilitator of our Quality Management Program (QMP). They are responsible for developing and maintaining operational internal controls and leading corrective action initiatives. To ensure unbiased and comprehensive oversight, this team reports into our Legal team and is separate from any operational team.

**Exhibit F.5-4*: PPL's Quality Management Program***

*Our Quality Management Program revolves through a dynamic cycle that focuses on continuous improvement.*




### Overview




We maintain rigorous quality standards for all components of service delivery, as evidenced by obtaining annual SOC1 and SOC2 certifications from a Certified Public Accounting (CPA) firm. Our Quality Management Program is rooted in best practice methodologies including Plan, Do, Check, Act (PDCA) and Lean Six Sigma (LSS). We blend these methodologies to create a comprehensive approach to quality, with an emphasis on continuous improvement. **Exhibit F.5-4** represents the three components of our QMP.

- **Quality Planning** – Use of processes and tools to confirm understanding, document, train staff, and continually review all program requirements and expectations.
- **Quality Execution** – Use of an "Audit Workplan" developed from artifacts created during the Quality Planning phase. Execute audit procedures according to the workplan to monitor and control tasks required to be performed under this contract. Deliver the Audit Workplan outcome to the client quarterly.

- **Continuous Improvement Initiatives** –Use of Define, Measure, Analyze, Improve, and Control (DMAIC) methodology to address processes that are inefficient or not conforming to defined specification limits.

## Quality Planning

In the Quality Planning phase, we identify, confirm, and train staff on each specific program requirement. The foundation for these quality plans is robust policies and procedures for each task required to be performed as part of the contract, along with continuous training for all staff members. Policies and procedures describe, in detail, the purpose, procedure, and internal control for each task. Policies and procedures are then leveraged to derive a robust training curriculum to ensure each task is being administered according to program requirements, and defined oversight processes reinforce adherence to the requirements.

### Our Quality Planning Approach

#### Policies and Procedures

1. We meet with key DOH staff to ensure all requirements are fully understood and clearly documented.
2. We create detailed policies and procedures for each area of service delivery. Each policy and procedure is drafted in accordance with the requirements and expectations of the program and identifies internal controls for each task required to be performed under the contract.
3. All policies and procedures are reviewed, and if required, approved by DOH to ensure alignment between PPL and DOH.
4. Review all policies and procedures annually to ensure they reflect updated requirements set forth by DOH, and other state and federal entities.
5. We update policies and procedures **(Exhibit F.5-5)** as needed, to reflect requirements set forth by DOH and other state and federal entities.

[redacted]

## Quality Execution

### Performance Measurement

The PPL QI team provides Performance Measurement via random selection of call auditing per call-handler including Customer Service Representatives (CSR), Escalations Specialists, Enrollment Specialists, Conversion Specialists, and Supervisors. Not only do we provide the contractually required external audit deliverable, but we go above this with internal auditing for process adherence and employee performance. These audit results tie into tri-annual bonus determinations.

Supervisor performance is also ranked on metrics including call performance of agents directly reporting to them, as well as their own call handing metrics as reported through our call system and manual supervisor live line (i.e., calls requesting to speak with supervisor/escalated call resolution.) Besides customer service touchpoints, back-office operations are also audited for quality control, including payroll processing, tax operations, and billing.

Subcontractors are subject to the same requirements as our internal operations teams. For CDPAP, our QI team will monitor their performance via onsite reviews and audits, through remote call monitoring and random call sampling, and by analyzing performance data.

### Process Improvement Methodology

Our QI team leverages several quality tools, including random sampling techniques, to ensure services are being delivered in accordance with the contract and as outlined within the policies and procedures. Our standard process to develop and execute on the QMP Audit Workplan includes:

- Reviewing policies and procedures for each task and identify internal controls to audit.
- Designing audit procedures for each internal control identified.
- Determining the frequency and method of inspection for each internal control.
- Determining specification limits, if not explicitly provided, at which procedures will require corrective action.
- Finalizing the QMP quality workplan with functional areas and, if required, notify New York.

Our QI team uses this Audit Workplan as the blueprint for the frequency and process to conduct quality audits and for determining conformance to established specification limits. When an audit procedure results in non-conformance with defined specification limits, the following steps are initiated:

- Immediate notification to the PPL functional leader whose department is responsible for performing the procedure (for high concerns like unprofessionalism, call avoidance, etc.), and creating a CRM coaching case for reporting, tracking, and trending purposes.
- Immediate notification to the contract key staff if a subcontractor is identified as being out of compliance; and a performance action plan is triggered.
- Immediate notification to PPL's Executive Leadership Team if the non-conformance poses a material risk to DOH and CDPAP stakeholders; a performance action plan is triggered.
- For low to moderate concerns, trends are identified and recommendation(s) for process and/or performance improvement(s) are escalated to the appropriate management team and contract key staff, who then initiates a process review and a performance action plan.
- Corrective action plans identify and address the root cause(s) driving non-conformance.

- The QI team checks ongoing performance once the performance action plan has been implemented.

Our sample QMP Audit Workplan includes standard quality procedures and specification limits, along with the method and frequency by which they are audited. If awarded this contract, we will work with DOH to build a comprehensive QMP Audit Workplan in a similar format. This Audit Workplan will, at a minimum, include the performance standards listed in **Exhibit F.3-6**.

[redacted]

[redacted]

In addition to the audit procedures contained within the QMP Audit Workplan and executed by the QI team, quality checks are also completed internally across our operational teams. These quality checks include, but are not limited to:

- PA credentialing audits include confirmation that hiring documents were accurately completed, received, and that health assessments are complete.
- Payroll systems review is completed to verify full processing was complete, payments were accurate, properly transmitted, and released. Errors are tracked and escalated for coaching of staff. This review is completed after every payroll.
- Review of garnishment entries to verify accuracy, timeliness, and appropriate system documentation has been completed. Errors are tracked, root cause defined, and all escalated for coaching of staff. This review is completed after every payroll.
- The Contract Management Team, cultural competency advisor, and, when applicable, consumer advisory board reviews all communications for program adherence and applicability to stakeholders.
- The Contract Management Team reviews all operational metrics monthly for compliance with contract requirements and DOH expectations. Any lagging operational metrics are addressed with the appropriate functional leader and a performance action plan is triggered and monitored weekly until performance is fully addressed.

### Continuous Improvement Initiatives

Our QMP emphasizes continuous improvement, and our QI team facilitates the improvement efforts, including addressing processes not conforming to defined specification limits. Our QI team is comprised of certified Lean Six Sigma Green Belts who lead continuous improvement activities through a defined, best practice process. Throughout the contract period, they will ensure all applicable key stakeholders are informed and actively engaged.

The DMAIC steps are used to manage continuous improvement initiatives. To illustrate our process, we have included real-life scenarios throughout our explanation of each phase:

[redacted]

[redacted]

[redacted]

[redacted]

## 3. Quality Management Previous Experience

3. Describe the bidder's previous experience creating, implementing, and following quality management, including how quality has been monitored by the bidder.

We have been developing and executing quality management plans for consumer direction programs for 25 years. Our quality team, led by our Chief Compliance Officer, Deb Drexler, has extensive experience in creating, implementing, and following quality management processes, including monitoring and adhering to set standards throughout the life of a contract. We have successfully managed quality plans for complex consumer direction programs including New Jersey's Personal Preference Program and dozens of others. Quality Improvement (QI) is at the core of PPL's values and operations.

Deb Drexler has over 20 years' experience supporting Medicaid compliance activities, including serving as Associate General Counsel at the Massachusetts Medicaid program and Director of Compliance at ForHealth Consulting, a division of UMass Medical School that provides operational consulting expertise for Medicaid agencies across the country.

During the implementation of a new program, the QI team verifies that all operational team processes and documentation have been created and are housed on our secure intranet platform, SharePoint, where they can be easily accessed by all stakeholders. Operational process documents are used for QI's auditing, as new program contracts typically require a QMP audit deliverable.

Our QI team regularly audits and memorializes processes created across PPL's operational teams. While the operational teams own the creation and maintenance of their process

documents, QI provides oversight as they reference process while auditing. As part of their oversight, they escalate outdated/incorrect process documents to the operational team leaders for updates. Upon modification of the document, the operational team communicates any corrections or updates to employees within their department to close communication gaps and ensure all staff are aware of the changes. Having these current and accurate documents maintains adherence to appropriate processes and Service Level Agreements (SLAs), as well as to MCO/State regulations captured within the documentation. QI will share audit outcomes with all internal stakeholders for transparency and to assist with implementing the improved processes and performance standards.

[redacted]

The QI team spends significant time monitoring customer service calls, as it is the consumer's main connection to PPL. For example, in all programs, our QI team will coach new CSRs for the first weeks of their employment. The QI team then listens to a random sample of customer service calls to ensure that our employees are exemplifying courtesy,

accuracy, and responsiveness in their work. When mistakes are made, they are taken as learning opportunities and employees will receive additional training on how best to represent PPL when communicating with consumers and other callers. Weekly internal call audit performance scores, as well as the audits themselves, are emailed to stakeholders from executive leadership down and across to CSRs.

To track and monitor customer service quality, our teams provide same-day auditing for every new agent from the day of first call coverage through the first three weeks. Our QI team provides detailed coaching notes and trend reporting associated to service level and process adherence. First call resolution, for example, is a key area of focus.

[redacted]

Additionally, monthly meetings with Enrollment, Escalations, Conversion, and Customer Service teams will take place to discuss any new or upcoming process changes, trends, root cause analysis, and pain points from both the caller perspective, and employee perspective. PPL sends out “Caught Ya” (Doing Something Great) emails, that identify top performers to encourage others to strive for the same recognition. These emails include the employee’s manager and department director. These communications, while providing an acknowledgment of excellence, also provide supervisors with information on which employees may be ready for promotion opportunities, or to serve as a mentor to peers.




## 4. Operational Enhancements and Program Efficiencies

4. Describe how operational enhancements and program efficiencies have been enacted throughout a previous contract.

We take a comprehensive and ongoing approach to enact operational enhancements and program efficiencies. Our QI team first works with our clients to develop a plan to ensure that all aspects of the service delivery processes are measured, evaluated, and adjusted to include quality. Then the team measures performance in accordance with the plan. When issues are identified, the QI team works with the relevant managers to conduct a root cause analysis, and to implement process improvements to reduce the chance of recurrence. [redacted]

[redacted]. While not all best practices are applicable to CDPAP, many training, performance management, and process enhancements can be leveraged to improve efficiencies.




It all starts at the beginning, in the implementation phase. The QI team is closely involved in the implementation of new contract work. [redacted]

Through ongoing monitoring, we are not only able to confirm or coach for compliance, but we also use the results to identify improvements, efficiencies, and internal and external unidentified program needs. We have been fortunate enough to have long-standing clients, some for over two decades, and this experience has been instilled throughout our teams to be the driver of program evolution and enhancements.

[redacted]

[redacted]

## Technology Enhancements and New Releases

To support enhancements and new releases, our developers and system engineers work cross-functionally with our client engagement and account management teams. This approach ensures that our system design, rules configuration, and overall functionality is consistent with program-specific requirements. It also ensures we can quickly identify the technical impact of future policy or Program changes and gather requirements for development. Each IT project has an assigned delivery lead who works in collaboration with a Scrum Master to ensure developers are properly allocated per the release schedule commitments.




We are continuously engaged in product enhancements and developments, which are managed through our corporate Project Management Office (PMO). Monthly releases may include things like moving the web portal to production for a new program, a global enhancement to *Time4Care or PPL@Home*, or a client change request. To complete the changes efficiently and effectively, our IT team works in development sprint cycles. Patches can be deployed off-cycle for system functionality issues impacting any core FMS function or application. The contract manager for each program coordinates system change requests and works with delivery managers to determine the level of developer effort required, as well as the release schedule. Additionally, the IT team regularly collaborates with the PMO on product roadmaps to ensure we are always thinking ahead while continuing to invest in our existing applications. [redacted]

Future releases of new products are managed through our PMO and are resourced through our Technical Implementation team. Each new product/project is named, assigned a project lead, and targets are set leading to the go-live date including key milestones such as testing and training. Testing is primarily driven by user story development based on product requirements gathering. We have technical product analysts within the operations team who test all new products, enhancements, and patches per the release schedule. All products or code changes passing testing are included in the monthly release and moved to production. Training is developed by our internal PPL Learning & Development (L&D) Team in coordination with our Technical Development team. They collect information regarding the updates or new items, and then create training documents on interactive learning modules, depending on the complexity.



## Scope of Work (RFP Section 4.0)

Per Answers to Questions, the response to Question 824 states," As stated in Section 6.2.f, "The technical proposal should provide satisfactory evidence of the bidder's ability to meet, and expressly respond to, each requirement of and information requested in this RFP in section 4.0.". As such, bidders should include responses in the format requested in Section 6.2, while addressing all aspects of Section 4.0 of the RFP. "

### 4.8 Information Technology Requirements

We ensure that all records and files that we manage on behalf of our clients are maintained in a secure and confidential manner. Our technology platform is proprietary, meaning it is designed and built by our Information Technology Systems (ITS) team *specifically* for consumer-directed programs. Our team has in-depth knowledge of system access, security, database management, and protection of protected health information (PHI) within the programs we service. We have developed and maintained a comprehensive, written data privacy program that secures our employee, client (including consumers and PAs), vendor, and contractor PHI and personally identifiable information (PII) against unauthorized use or disclosure.

PPL is committed to ensuring the highest standards of information security and compliance. Our applications and systems are hosted on Microsoft Azure, which is

FedRAMP High certified. This certification ensures that our infrastructure meets rigorous federal security standards, aligning with NYS security policies and standards.

[redacted]

We conduct monthly system releases to address any security updates or patches and can deploy off-cycle patches for critical security issues. Our development process follows a secure system development lifecycle, ensuring security is built into our applications from the ground up.

PPL also complies with all NYS Electronic Visit Verification policies and standards. Our *Time4Care* application, which is our EVV solution, adheres to all security requirements set forth by NYS and the 21st Century Cures Act.

PPL conducts regular internal audits and leverages Azure's compliance tools to ensure ongoing adherence to NYS and federal requirements. In addition, we continually review and update our security measures ensuring ongoing compliance and protection of all personal health, personal identification, and other NYS information in our systems.

We engage in third-party evaluation of our security and regulatory compliance on an annual basis. Additionally, we continually review and update our security measures, allowing us to align with the latest NYS security procedures and federal regulations, to ensure ongoing compliance and robust protection of all personal health information, personally identifiable information, and other sensitive NYS data in our systems.

## 4.9 Privacy, Security, and Confidentiality Requirements

As an experienced FI in the consumer-directed care space, we are extremely aware of the responsibility we carry to protect personal and health-related information for consumers and their PAs. To ensure we are prepared to enter into a partnership with DOH, we have reviewed all privacy and security policies and procedures as specified, as well as all applicable state and federal law, rules, regulations and administrative guidance, and we commit to complying with these standards throughout the life of the contract and our partnership. We also fully understand that projects of this scope may involve agreement to various Data Use Agreements and/or Business Associate Agreements throughout the contract, and our teams are situated to not only agree to these policies but to disseminate the standards across the organization to ensure full compliance across each functional department.

We consistently safeguard all information, including PII and PHI in accordance with best practice Health Insurance Portability and Accountability Act (HIPAA) standards.

In accordance with RFP Requirement 5.6.1, we agree to obtain and maintain a $5 million cyber security policy throughout the contract period and for two (2) years after contract termination. Our subcontracted FI partners will also comply with this requirement.

### Secure and Confidential Storage and Disclosure of Protected Information

We take great care to maintain all data we receive, process, or store; all data is encrypted in transit and at rest, including while stored on a mobile device. We take all commercially reasonable steps including physical, technical, and administrative safeguards to protect the confidentiality of state data and to prevent unauthorized access. We provide our employees and contractors with access to state data as minimally as necessary to fulfill their job responsibilities. Further safeguards are in place that require them to agree to use and disclose state data only as minimally necessary.

In addition to restricting access to state data unless absolutely necessary, we regularly apply appropriate risk management techniques to balance the need for security measures against the sensitivity of this data. Our processes involve regularly reviewing and updating security-related policies, plans, and procedures, and we maintain robust access control mechanisms, including regular access audits.

### Protection Against Threats

Our policies and procedures are designed to protect against security and integrity threats and vulnerabilities and mitigate any such threats and vulnerabilities when detected. We

maintain and review audit logs and always cooperate with any attempt by the state to audit or monitor our organization’s security controls.

### Protection Against Disclosures

All client-related records and files are managed in an accurate, complete, confidential, and secure manner. [redacted] We always use secure and encrypted e-mail when transmitting PHI to external stakeholders. Copies of information and reports are never distributed to other parties without written permission and direction. Our policies and procedures regarding confidentiality and authorization for the release of any PHI, comply with HIPAA and the HIPAA Business Associate Addendum.

### Secure Destroy and Disposal

Upon termination of the contract, we will promptly return all state data, in a format designated by DOH or, alternatively, upon the state's instruction, we will destroy the state's data and provide DOH with evidence of such destruction.

### Data Privacy Security Plans and Procedures

The protection of information requires ongoing employee vigilance as well as an awareness that the sharing of such information can occur unintentionally. Employees are required to take reasonable steps to assure security in the transmission and use of information, and the acceptable use of all information and assets. We have developed and maintained a comprehensive, written data privacy program that secures our employee, customer, vendor, and contractor PHI and PII against unauthorized use or disclosure. Our information security program has many domains and facets established to ensure security and confidentiality, which include, but are not limited to access control, application security, asset management, business continuity, data encryption, incident management, risk management, system security, and training and awareness.

All of our policies, procedures, and safeguards were implemented to assure full compliance with HIPAA and other federal and state standards at all times. From our extensive experience managing the PII and PHI of consumers and their PAs, to our strict policies and training for each new PPL employee, our Information Security Program (ISP) emphasizes the importance of PHI security and computer system security. Continuous training and review of our adherence is of upmost importance to us, and you can be confident that your data and the personal information of consumers will be secure throughout our partnership and beyond. Upon award, we will continue to provide, upon request, our data privacy and security plans and procedures to DOH, as well as our plans for meeting HIPAA

requirements, and plans related to subcontractor work. Our teams regularly assess the effectiveness of our controls and revise if necessary to ensure ongoing compliance.

### Breach of Privacy Notification

We understand the importance of communication in resolving any breach of privacy that may occur during our partnership. As such, we commit to maintaining an immediate notification process with DOH in the event of any breach of privacy or confidentiality. This will ensure that steps can be taken in the most efficient manner to mitigate the scale of the breach and rectify the situation quickly to resume adherence to our established controls.

### Fully Trained Staff

We require all our employees and subcontractors to take appropriate training related to the security and confidentiality of data, which is outlined in our established Security Awareness and Training Policy. To the extent appropriate, the training focuses on new developments in the security industry and uses real-life scenarios. Each employee is required to complete such training prior to receiving access to any of PPL's confidential data, as well as annually thereafter.

This training is also provided for temporary employees and third parties contracting with PPL. For third parties, we require an attestation that ensures that any employees involved have been provided security awareness training that meets federal, state, and local legal requirements.

### New York State Security Policy and Standards

We are aware of all applicable New York State security policies and standards defined in the New York State ITS security policies and standards. We acknowledge and commit to ensuring compliance with the following policies throughout the life of the contract:

- NYS-P03-002 – Information Security Policy
- NYS-P10-006 – Identity Assurance Policy
- NYS-S13-001 – Secure System Development Life Cycle Standard
- NYS-S13-004 – Identity Assurance Standard
- NYS-S14-003 – Information Security Controls Standard
- NYS-S14-005 – Security Logging Standard
- NYS-S14-007 – Encryption Standard
- NYS-S15-008 – Secure Configuration Standard

- NYS-S14-013 – Account Management / Access Control Standard
- NYS-S15-001 – Patch Management Standard
- NYS-S15-002 – Vulnerability Scanning Standard

## 4.10 Transition Requirements

We are well-equipped to manage the Initial Transition of consumers and their personal assistants (PAs) from their current fiscal intermediaries (FIs) to the Statewide Fiscal Intermediary (SFI) role. Our extensive experience with large-scale transitions, combined with strategic partnerships and a deep understanding of New York's unique cultural landscape, enables us to ensure a seamless, efficient, and consumer-centric transition process. The success of this transition will be driven by a dedicated team of experienced professionals.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



# 6.2.F.6 EVV Systems

# *F.6. EVV SYSTEM*

## a) EVV System Usage

F.6. EVV System
Describe the following elements of the bidder's EVV system and experience:
a) The bidder's EVV system current usage in other states

PPL's Information Technology (IT) team designed, developed, and deployed our best-in-class *Time4Care* mobile time tracking application in 2014 and enhanced it to be Electronic Visit Verification (EVV) compliant in 2017. In 2024, *Time4Care* is the most widely used and highest rated application for consumer-directed programs in the country. [redacted] Unlike all other leading national EVV solutions, *Time4Care* was designed specifically for consumer-directed programs, not traditional home care agencies.

> *Time4Care* is the most widely used and highest rated application for consumer directed

The consumer-directed focus of the *Time4Care* design and user interface has led to exceptionally high user ratings. Consumers using *Time4Care* have complete control over




when and where they receive care. Where other applications are schedule based, PPL's app is based off authorization data, so consumers have more flexibility with how often they want to receive care based on their authorized services. With a nearly perfect rating on the Google Play Store and Apple App Store (**Exhibit F.6-1**), *Time4Care* outperforms all other EVV applications used for consumer directed programs including the EVV apps used in New York today.

[redacted]

The widespread use of *Time4Care* has driven us to continuously act on consumer and PA feedback and develop enhancements that increase usage and provide our state clients with a full suite of EVV compliance reporting. [redacted]

EVV-compliance percentages are monitored by the contract management team in aggregate and at the consumer/PA level to identify compliance trends and tactics for improving usage rates. For CDPAP, we will work with our FI subcontractors to establish EVV reporting standards and follow-up protocols to ensure EVV compliance percentages are realized.

Our commitment to continuous EVV user experience, technical, and compliance improvement has been recognized by our state partners. At a recent meeting of the Pennsylvania Department of Human Services and the Office of Long-Term Living from the Participant-Direction Workgroup, one of the top 10 recommendations for improving the level of service provided by another FI, was to "improve EVV – have the EVV app/portal show max rate/show hours worked that week or pay period in app; make [the current vendor's] EVV app more like the [sic] PPL app."

[redacted]

> At a recent meeting of the Pennsylvania DHS and Office of Long-Term Living…one of the top 10 recommendations was to "make [the current vendor's] EVV app more like the [sic] PPL app."

## b) EVV System Integration Experience

b) The bidder's knowledge and experience creating, using, and integrating EVV systems with other internal and external systems

[redacted] Our IT staff work with the aggregator's technology team to review the validation logic, complete test claim validations, document processes for re-submission, and facilitate a Secure File Transfer Protocol (SFTP), when necessary, for EVV file exchanges.

# c) Dedicated and Knowledgeable Staff

c) The number of dedicated and/or knowledgeable staff in EVV systems

We have an experienced EVV product team dedicated to the functionality and user experience that *Time4Care* offers. [redacted]

[redacted]

[redacted]

Corporate Capacity

This cohesive team structure ensures that our EVV system meets consumer-direction industry standards for reliability, scalability, and user experience. The team consistently gathers user feedback to make any enhancements necessary to improve the user experience or update functionality to better service users.

## d) Correct and Timely Claims

d) A description of how the bidder will ensure that claims are correct and timely

Ensuring the accuracy, integrity, and timeliness of EVV claims begins with our system's ability to pre-adjudicate each shift entered. [redacted]

## 1. Consumer Profile and Checklist Module

[redacted]

## 2. Personal Assistant Profile and Checklist Module

[redacted]

### 3. *Service Authorization Assurance*

[redacted]

For this statewide engagement, PPL will enlist a CDPAP-dedicated Revenue Cycle Management (RCM) team that will work with the New York MCO/MLTCs and LDSS' to resolve any fee for service or managed care consumer denials and rejections that may arise. They work with their cross-functional PPL partners to ensure all avenues of resolution are pursued.

[redacted]

## e) Employee Training

e) A description of how the bidder will ensure employees are trained appropriately on EVV systems

We provide a comprehensive *Time4Care* training course to all EVV system users as part of our overall training program. Users will also receive a training guide that will detail the training course and will act as a reference to all trainees who need a refresher on any of the items covered during the process. We realize that learning how to use a new system can be challenging, and it is our responsibility to provide all the necessary resources for users of *Time4Care* are successful. Besides the initial training, users will have ongoing support from our PA and Consumer Support teams as well as on-demand video courses and other resources.

Cultural & Language Competency

Our goal is to ensure that all users of *Time4Care* are well-equipped and knowledgeable to facilitate the best overall experience, as well as the highest level of EVV compliance. Oversight of these training programs by our Learning and Development team allows us to be proactive and assess need for additional training beyond the initial EVV training course. We continually bolster our skills and materials for web-based training which has increased our training flexibility and ability by allowing more consumers and PAs access to webinars and other virtual training. With each training session, we always provide a live question and answer session, as well as demonstrations of the platform, which increases the understanding and retention of information.

We consider ongoing training to be beneficial for system users to remain up to date on the systems and services made available to them. As such, we will continue to offer resources and ongoing training sessions to facilitate the learning of consumers, PAs, DOH program staff, and subcontractor partners. All virtual training can be recorded so that DOH program staff and others can access it as needed. Topics covered during our *Time4Care* training sessions include:

**General Topics for All Users:**

- Purpose of EVV,
- *Time4Care* instructions for PAs and consumers, and
  Location of *Time4Care* instructions for PAs and consumers.

**EVV Overview Training:**

- *Time4Care* Application,
- "How-To" Instructions,
- Additional Features,
- Alternative EVV Methods, and
- Wrap-Up and Key Takeaways.

Each training is followed by an assessment to gauge the participants' understanding and proficiency. We simulate *Time4Care* tasks (**Exhibit F.6-4),** rather than asking multiple-choice questions, to get a more accurate assessment of EVV usage knowledge. This hands-on test solidifies the understanding of how to utilize the application effectively as opposed to memorizing the location of features and what they do.

[redacted]

### Quarterly Training Program

After the initial training and implementation, for ongoing support, we will offer a quarterly training program on FI related topics for consumers and PAs. These training topics will include EVV refreshers as well as other topics that will be determined based on the needs of the program. The quarterly training program topics are often driven by requests received through our consumer and PA support lines and engagement with community groups. We will provide DOH with an initial training schedule for the implementation phase of the contract as well as a Quarterly Training Program for ongoing training.

For consistency of communication on the implementation status, ongoing program health, and change management, we will also offer a quarterly training program and status meetings with MCO staff, case managers, and onboarding support staff. We cater the sessions to what is important and impactful to the attendees. We solicit feedback from this session to improve our approaches, processes, and training.

## f) Ability to Comply with NYS EVV Standards

f) The bidder's ability to comply with NYS EVV guidance, policies, and standards

When PPL began supporting consumers and their PAs in the late 1990s, technology specific to self-direction was just emerging, and timesheet entry was done manually on paper. In 2014, we created *Time4Care* to offer an alternative to paper timesheets. The functionality was limited to adding time on the date you worked. Then, in July of 2017, we deployed our e-Timesheet solution. Later that year, in December 2017, our *Time4Care* application was configured to meet all the requirements of EVV as defined by the 21st Century Cures Act.

*Time4Care* is centered around user dashboards, making the most frequent actions and information easily accessible upon login **(Exhibit F-6.6).** *Time4Care* can be configured to meet specific program guidance, policies, and standards; existing features can be added or removed based on functionality requirements as required by each program. From the mobile dashboard, care workers can easily:

[redacted]

[redacted]

Consumers access *Time4Care* via their own unique user account and can access functions and information applicable to their role including:

[redacted]

[redacted]

## Additional Features

*Time4Care* is connected directly to our back-end FMS, and enables us to offer added mobile features including:

[redacted]

[redacted]

## Continuous Improvements

Quality with Cost Savings

We are committed to continuously improving our proprietary application, *Time4Care* to ensure ease of use, and to encourage PAs to use it to meet EVV requirements. [redacted] Additionally, we are consistently tracking for any changes to the EVV program itself, based on new rules or regulations implemented by governmental agencies, and any changes that do occur are incorporated into the application for continuous compliance.

## g) Auditing Results

g) Any auditing results of the bidder's EVV system

[redacted]. We contract with third-party independent auditors to perform audits and attestations related to internal access controls, information security, system backup and compliance with applicable governmental laws and regulations. [redacted]

### Bringing the Highest Rated EVV solution to CDPAP

[redacted]. Pairing this development with our commitment to consumer direction success and substantial annual technology investment has enabled us to deliver the highest rated EVV platform available in the nation. We are excited for CDPAP stakeholders to benefit from this exceptional product. As per DOH's requirements, we are prepared to implement and train all CDPAP stakeholders on the *Time4Care* EVV platform within the required implementation time frames. We also understand that DOH has been a proponent of providers having a choice of EVV as recognized in the *Choice Model* announced in April 2024. If DOH prefers we offer stakeholders an EVV choice, we are prepared to accommodate the request.

# Attachments



[redacted]

[redacted]

[redacted]



Internal

[redacted]

Internal

[redacted]

Internal

[redacted]

Internal